SEND

FILED
CLERK, U.S. DISTRICT COURT

FEB - 5 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ KARIM PANAHI,<br><br>            PLAINTIFF(S),<br><br>v.<br><br>CONGRESS, SENATE & HOUSE OF REPRE-<br>SENTATIVES OF THE UNITED STATES OF<br>AMERICA, et al.,<br><br>            DEFENDANT(S). | CASE NUMBER: CV 03-0804 ABC<br><br>ORDER TO REASSIGN CASE DUE TO<br>SELF-RECUSAL PURSUANT TO<br>SECTION 3.3 OF GENERAL ORDER 224 |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *[please use additional sheets if necessary]*:

This Court does not preside over cases in which former District Attorneys Reiner and Garcetti are parties

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: February 5, 2003                                      _____
                                                                                UNITED STATES DISTRICT JUDGE

---

**NOTICE TO COUNSEL FROM CLERK:**

This case has been reassigned to Judge ____Stephen V. Wilson____. On all documents subsequently filed in this case, please substitute the initials ____SVW____ after the case number in place of the initials of the prior Judge so that the case number will read: CV 03-804 SVW (Mcx).

This is very important because documents are routed to the assigned Judge by means of the initials.

CV-52 (10/98)        ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)

ENTERED ON ICMS 2/5/03