UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

### CIVIL MINUTES-GENERAL

Case No.   CV03-804-SVW(Mcx)              Date: February 12, 2003

Title: <u>Parvis Karim-Panahi vs. Congress of the United States, et al.</u>

======================================================================

PRESENT: THE HONORABLE STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

N/A                                          N/A

PROCEEDINGS:   IN CHAMBERS

The Court continues the hearing in Defendants' City of Los Angeles, et al. Motion for a More Definite Statement or in the Alternative to Dismiss for Failure to State a Claim Upon Which Relief Can Be Granted and Defendant United States of America's Motion for a More Definite Statement from 10:00 a.m. to 1:30 p.m. on March 10, 2003.



Initials of Preparer _____

CV-90 (10/98)                    CIVIL MINUTES - GENERAL