

**SEND**

FILED
CLERK, U S DISTRICT COURT
FILED
FEB 2 0 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Parvis Karim-Panahi, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV03-804-SVW(Mcx) |
| v. | |
| Congress of the United States, et al. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Judge Wilson was sued by this plaintiff in CV97-3969.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

2/19/03
Date

United States District Judge

================================================================================
## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___R. Gary Klausner___. On all documents subsequently filed in this case, please substitute the initials ___RGK___ after the case number in place of the initials of the prior Judge so that the case number will read: ___CV 03-804 RGK (Mcx)___.

This is very important because documents are routed to the assigned Judge by means of the initials.

ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224
CV-52 (10/98)

ENTERED ON ICMS 2/20/03