

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PARVIS KARIM-PANAHI, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 03-804-RGK(Mcx) |
| v. | |
| GROUP -I-; GROUP - II-; GROUP -III-; GROUP - IV-; GROUP -V-; et al., | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

DIRECT SUPERVISION OF SEVERAL NAMED DEFENDANTS.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
    ☒ within 120 days of the Court being assigned said case.
    ☐ after 120 days of the Court being assigned said case.

2/27/03
Date

United States District Judge
**GARY KLAUSNER**

======================================================================

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __Percy Anderson__. On all documents subsequently filed in this case, please substitute the initials __PA__ after the case number in place of the initials of the prior Judge so that the case number will read: __CV 03-804 PA (Mcx)__.

This is very important because documents are routed to the assigned Judge by means of the initials.

ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224
CV-52 (10/98)

ENTERED ON ICMS 2/28/03