UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

P - SEND

**CIVIL MINUTES - GENERAL**

Case No.: CV 03-00804 PA (MCx)                              Date: March 6, 2003

Title: Parviz Karim-Panahi v. Congress et al.

**DOCKET ENTRY**

**PRESENT:**

HONORABLE PERCY ANDERSON, UNITED STATES DISTRICT JUDGE

Sharon Williams                             Not Reported
Deputy Clerk                                Court Reporter

**Attorneys Present for Plaintiff:**        **Attorneys Present for Defendants:**
None                                        None

**PROCEEDINGS:**       IN CHAMBERS - COURT ORDER

The Court is in receipt of defendant Jack Walchli's ("Walchli") motion to dismiss for failure to state a claim, filed February 21, 2003. On March 6, 2003, this Court granted motions for a more definite statement filed by other defendants to this action. Plaintiff is to file a first amended complaint in this action not later than April 21, 2003. Accordingly, Walchli's motion to dismiss is denied without prejudice.

IT IS SO ORDERED.

