Case 2:03-cv-00804-EHC-Mc   Document 37   Filed 07/30/03   Page 1 of 1   Page ID #:24

**ORIGINAL**

___ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3



FILED
CLERK, U.S. DISTRICT COURT
JUL 30 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parviz Karim-Panahi, | No. CIV 03-0804-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Congress of U.S.A., et al., | |
| Defendants. | |

On January 3, 2003, Plaintiff filed a 167-page Complaint with a 101-page attachment of exhibits in Los Angeles Superior Court. On February 4, 2003, the case was removed to the United States District Court for the Central District of California.

On March 6, 2003, Judge Percy Anderson granted [Dkt. 21] Defendants' Motion for More Definite Statement and ordered, *inter alia*, that Plaintiff file an Amended Complaint not later than April 21, 2003. On May 19, 2003, the case was transferred before this Court. [Dkt. 28]. Plaintiff has failed to file an Amended Complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff file an Amended Complaint no later than August 25, 2003. Failure to file an Amended Complaint shall result in dismissal of this case without prejudice.

DATED this 28 day of July, 2003.

_/s/ Earl H. Carroll_
Earl H. Carroll
United States District Judge



ENTERED ON ICMS
JUL 31 2003
CV

37