ORIGINAL

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Parviz Karim-Panahi,        )    No. CIV 03-0804-EHC
          Plaintiff,        )    **ORDER**
                            )
vs.                         )
                            )
Los Angeles County, et al., )    THIS CONSTITUTES NOTICE OF ENTRY
                            )    AS REQUIRED BY FRCP, RULE 77(d).
          Defendants.       )

On January 3, 2003, Plaintiff filed a 167-page Complaint with a 101-page attachment of exhibits in Los Angeles Superior Court. On February 4, 2003, the case was removed to the United States District Court for the Central District of California. Upon review, the Court has determined to dismiss the Complaint because it is wholly frivolous.

The Complaint is titled "CIVIL [redacted] COMPLAINT & DAMAGES One Billion Dollar/$1,000,000,000,00 [*sic*] per-Year per-Defendant, For Half-a-Century Legislatures-Judicial-Governmental-Corporate & Israeli Organized-Crime-Syndicate Terrorism, Tortures, Thieveries, Racketeering, Drug-Dealing, Extortions, Money-Laundering, Crime against Humanity, Genocides, Violations of Human & Civil Rights."

Plaintiff lists thirteen (13) groups of defendants:

(1) CONGRESS, (SENATE & HOUSE OF REPRESENTATIVES), of the United States of America, (80-to-107th);

ENTERED
CLERK, U.S. DISTRICT COURT

SEP 1 1 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

43

1    (2) JUDICIARY/JUDGES/ATTORNEYS;

2    (3) GOVERNMENT OF USA;

3    (4) STATE OF CALIFORNIA, Governors;

4    (5) Southern California COUNTIES;

5    (6) SOUTHERN CALIFORNIA CITIES, (LOS ANGLES, [sic]...);

6    (7) CORPORATIONS

7    (8) FINANCIAL INSTITUTIONS, BANKS, CREDIT REPORTING, etc.;

8    (9) EDUCATIONAL, SCIENTIFIC, PROFESSIONAL ENGINEERING

9    INSTITUTIONS/ORGANIZATIONS/SOCIETIES;

10   (10) MEDIA, PRESS, TELEVISION, and HUMAN RIGHTS

11   ORGANIZATIONS UNDER CONTROL OF ISRAEL-Agents/JEWISH-MAFIA;

12   (11) NATIONAL DEMOCRATIC and NATIONAL REPUBLICAN PARTIES;

13   (12) GOVERNMENT of the STATE OF ISRAEL, MOSSAD, Their SPIES,

14   AGENTS, POLITICAL ACTION COMMITTEES, LOBBIES, and JEWISH-MAFIA

15   INSTRUMENTALITIES. Et al.

16   (13) BRITISH GOVERNMENT/ so-called his/her Majesty Government.

17   The next thirty-six (36) pages of Plaintiff's Complaint are devoted to listing the

18   approximately four hundred (400) individual Defendants[1], including Richard Milhous

19   Nixon; "certain Jewish and non-Jewish Senators, back to Joseph Raymond McCarthy";

20   all of the current Supreme Court justices, except for Justice Stevens; numerous Ninth

21   Circuit judges[2]; various Los Angeles apartment complexes; the U.S. Departments of

22   Education, Transportation, Energy, and Health and Human Resources; CBS, NBC, ABC,

23   FOX, "and other Television Networks"; the Los Angeles Unified School District; the

24

25   [1]The number is approximate because Plaintiff lists many Defendants more than once.

26   [2]The Ninth Circuit judges are listed in groups of three; they appear to be Ninth Circuit

27   panels who ruled unfavorably against Plaintiff in previous actions.

28                                              - 2 -

1   Government of Britain "and Prime-Ministers from Winston CHURCHILL and

2   afterwards"; Budget Rent-a-Car; and myself.

3          Plaintiffs Complaint contains numerous incredible allegations, including the

4   following:

5          328-Israeli/Jewish-Mafia complete control over Courts/Judges

6          Upon disintegration of Soviet Union and Desert Storm Persian Gulf/Iraq war
    of 1991, (since WW-II, and then since 1979), Israeli-agents/ Jewish Mafia and
7   Corporations who had laundered assets of Easter[n] Europeans and Middle-
    Easterners/Iranians to Israel and USA;
8
    - by campaign contribution bought and/or elected their elements as law makers
9   nationally, (in Congress), state-wide, (California), locally, (in City and County of
    Los Angeles),
10
    - then by indulging the [pervert] President into sexual scandals publicized by their
11  mass-media, (selling Lincoln Bedroom for campaign and financial purposes, etc.)
    and impeachment, they controlled also executive decisions.
12
    329 - Through above elements, selected Jewish judges.  Consequently the whole
13  country's legislative-judicial-governmental-corporate elements, became completely
    under control Israeli agents, acting as insane mad-cows of a Colony.
14
    Plaintiff also alleges the Supreme Court and numerous appellate judges "had collaborated
15
    for decades in blacklisting and denying Plaintiff any chance to earn income to pay for
16
    even daily living expenses, disregarding to pay courts' fees and costs," and that the Los
17
    Angeles County Supervisor and his assistants denied Plaintiff financial assistance "with
18
    Intention to Murder/Kill/Assassinate."  Plaintiff lists twenty-one (21) specific causes of
19
    action, with a final "Twenty Second -to- thousand Causes of Actions, under, other
20
    International and USA Laws and Statutes":
21
           Upon prosecution of the above causes of actions, and providing civilized
22  decent conditions, the remaining Causes of Actions from Twenty Second to
    Thousand, under:
23
           -Tort Claims, false arrests, false imprisonments, malicious prosecutions,
24  malicious mischief, unlawful searches and seizures, larcenies, thieveries,
    embezzlements, receive [sic] of stolen properties, accessories to the crimes, crimes
25  of violence, assault, battery, tortures, threats, coercions, duress, intimidations,
    imposed bankruptcy, murders, killings, assassinations, intent to commit murder,
26  attempts to commit murder, breach of contracts, false and fraudulent claims,
    instigation of racial discriminations, confiscation of properties, eminent-domain,
27  possession of stolen properties, arms and drug dealings, money laundering,

28                                      - 3 -

1   extortions, smuggling, terror and terrorist activities, threat and murder of witnesses,
    retaliations against witnesses families, destruction of evidences and witnesses,
2   bribery of public officials and witnesses and judges, influencing and impeding
    government officials, hindering process of justice, obstruction of justice, and many
3   more, will be prosecuted.

4   Plaintiff's prayer for relief "REQUESTS and seeks JUDGMENT, from 'International

5   Criminal Court,' United Nations members Courts and from the United States of America

6   Courts, for each and every of the Causes of Actions of the Civil and Criminal Complaint

7   as set above against these sadistic maniac Defendants[.]"

8          The Court allowed Plaintiff until August 25, 2003, to file an Amended Complaint.

9   On August 22, 2003, Plaintiff filed an "OPPOSITION TO the: ORDER by U.S. District

10  Judge Earl H. CARROLL, To File Amended COMPLAINT; without Providing

11  Civilized, Humane, Decent, Impartial, Judicious Condition; Food, Medical-Dental Care;

12  Place To Live/Lodging and Other Daily Necessities; which are PREREQUISITE To

13  Enable Plaintiff to LIVE and PROSECUTE."  Plaintiff asserts that "no amendment

14  complaint is needed, but first providing civilized, humane, non-coercive condition, food

15  and place for Plaintiff to live, and judicious condition to proceed; then issuing Entry-of-

16  Default and Judgment-by-Default against Defaulting parties; then order to proceed to

17  discovery and trial, are the real judicious course to be taken, but not the Defendants'

18  intention of dragging the case, requiring Plaintiff to proceed and prosecute while denying

19  him the most basic rights including food and a place to live."

20         A court may *sua sponte* dismiss a complaint where it is frivolous, i.e., it lacks an

21  arguable basis either in law or in fact.  Denton v. Hernandez, 504 U.S. 25, 32-33, 112 S.

22  Ct. 1728, 1733 (1992).  "[A] finding of factual frivolousness is appropriate when the

23  facts alleged rise to the level of the irrational or the wholly incredible, whether or not

24  there are judicially noticeable facts available to contradict them." Id. at 33, 112 S. Ct. at

25  1733.  The Courts finds Plaintiff's allegations to be wholly incredible.  Therefore, the

26  Court will dismiss Plaintiff's Complaint.

27         Accordingly,

28
                                    - 4 -

1    **IT IS ORDERED** dismissing Plaintiff's Complaint with prejudice.

2

3    DATED this _29_ day of August, 2003.

4

5                                              Earl H. Carroll
                                               United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 5 -