☑ Priority Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2003
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

ENTERED ON ICMS
NOV 4 2003

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parviz Karim-Panahi,<br><br>    Plaintiff,<br><br>vs.<br><br>Los Angeles County, et al.,<br><br>    Defendants. | No. CIV 03-0804-EHC<br><br>**ORDER** |

On September 8, 2003, Plaintiff filed a "Notice To the Court Informing Hon. U.S. District Judge Earl H. CARROLL of continuing CLERK'S OFFICE Unlawful-Fraudulent Operations, Hindering & Obstructing Justice, Not Filing Plaintiff's REQUEST ORDER TO CLERK TO ENTER DEFAULT AGAINST DEFENDANTS: Christina A. SNYDER; and Brad SHERMAN; and James NELSON; and David SIMMS; and Robert J. SCHUIT; and Dianne FEINSTEIN; and Gray DAVIS; and Bill LOCKYER."

On August 29, 2003, the Court dismissed Plaintiff's Complaint in this action with prejudice.

Accordingly,

**IT IS ORDERED** that Plaintiff's "Notice To the Court Informing Hon. U.S. District Judge Earl H. CARROLL of continuing CLERK'S OFFICE Unlawful-Fraudulent Operations, Hindering & Obstructing Justice, Not Filing Plaintiff's REQUEST ORDER TO

CLERK TO ENTER DEFAULT AGAINST DEFENDANTS: Christina A. SNYDER; and Brad SHERMAN; and James NELSON; and David SIMMS; and Robert J. SCHUIT; and Dianne FEINSTEIN; and Gray DAVIS; and Bill LOCKYER." is of no force or effect.

**IT IS FURTHER ORDERED** that the case is closed absent any timely notice of appeal.

DATED this 20 day of October, 2003.

*Earl H. Carroll*
Earl H. Carroll
United States District Judge