LODGED

2007 NOV -2 AM 10: 35

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Parviz Karim-Panahi | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV03-804-EHC-MCx |
| v. | |
| Congress of United States of America, et al. | NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT |
| DEFENDANT(S). | |

Parviz Karim-Panahi _____, plaintiff, attempted to file a pleading in the above-referenced matter. Attached for your review is a copy of:

☐ Complaint / Petition
☒ Other  Notice of Motion and Motion to Reopen the case; Set-Aside Order of Dismissal; Porsecution and Impeachment of EHC

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

☐ Bond in the amount of $_____ must be posted with the filing af any new action.
☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
☐ Court order is needed to file a new action.
☐ Court order is needed to file subsequent pleadings.
☒ Written authorization from the Chief Judge is required before filing of any document.
☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
☐ Other _____

==============================================================================================

IT IS HEREBY ORDERED that plaintiff

☐ may
☒ may not

file the document presented in the above-referenced matter.

NOV - 6 2007
Date

**CHIEF** United States District Judge / ~~Magistrate Judge~~
**ALICEMARIE H. STOTLER**

NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

CV-115 (5/99)


**PARVIZ KARIM-PANAHI**
(B.Sc., M.Sc., C.E. (Eq.Dr.Eng.), LREB, PE & RCE )
~~P.O. BOX 75580, WASHINGTON, D.C. 20013~~
P.O. BOX 241638, LOS ANGELES, CA 90024
Tel./cellular: ( 818 ) 264-9486
*in pro-se*



RECEIVED & RETURNED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### Central District of California, Los Angeles
312 North Spring Street, Los Angeles, CA 90012

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,** (on behalf of under age child, destroyed family,.), Plaintiff(s), -Vs.- <br><br> **GROUP -I-:** CONGRESS of United States of America, (SENATE and HOUSE OF REPRESENTATIVES, 80-to-107th); <br><br> **GROUP -II-:** JUDICIARY/JUDGES/ ATTORNEYS;    [Jewish] Judges: <br> -Earl H. CARROLL, *(from Arizona)* <br> -Christina A. SNYDER, <br> -Mariana R. PFAELZER, <br> -Mary M. SCHERODER, <br> (9th Circuit Chief & other named Judge), <br> -U.S. [Jewish] Attorneys, ………… <br><br> **GROUP -III-:** GOVERNMENT OF USA; <br><br> **GROUP -IV-:** STATE of CALIFORNIA, Governors; <br><br> **GROUP -V-:** Southern California COUNTIES; <br> (Continued), | **Case No.: CV-03-0804-** <br> (Self-Recused by: ABC/ SVW/ RGK/ AP) <br><br> (REMOVED from California State Superior Court Los Angeles County No.: **BC287976**) <br><br> **NOTICE OF MOTION and MOTION TO REOPEN the Case, Set-Aside ODER of DISMISSAL; and For:** <br> **Prosecution & IMPEACHMENT of party-Defendant U.S. District *[Jewish]* Judge Earl H. CARROLL and collaborating judges.** <br> **For:** <br> **FRAUD UPON THE COURT, Intentional Disregard-Violation of U.S. Constitution, Laws/ Statutes, ….JUDICIAL-GANG RAPES,……** <br><br> *Hearing:* <br><br> Date: _____ <br> *(To Be Set by the Court)* <br> Time: _____ <br> *(To Be Set by the Court)* <br> Place: Courtroom # _____ <br> *(To Be Set by the Court)* |

LODGED

NOTICE of Motion To REOPEN Case No.: CV-03-0804( Parviz Karim-Panahi –v- Congress, Judges, et al.