پرویز کریم‌پناهی

*PARVIZ KARIM-PANAHI*
(B.Sc., M.Sc., C.E. (Eq.Dr.Eng.), LREB, PE & RCE )
~~P.O. BOX 75580, WASHINGTON, D.C. 20013~~
P.O. BOX 241638, LOS ANGELES, CA 90024
Tel./cellular: ( 818 ) 264-9486
*in pro-se*

# UNITED STATES DISTRICT COURT
## Central District of California, Los Angeles
### 312 North Spring Street, Los Angeles, CA 90012

**PARVIZ KARIM-PANAHI,**
(on behalf of under age child, destroyed family,,),
**Plaintiff(s),**

-Vs.-

**GROUP -I-:**
CONGRESS of United States of America,
(SENATE and HOUSE OF
REPRESENTATIVES, 80-to-107th);
  *[Jewish]* Legislatures from California
  -Dianne FEINSTAEIN,
  -Barbara BOXER,
  -Tom LANTOS,
  -Brad SHERMAN,
  -Howard BERMAN,
  -Henry A. WAXMAN, ........
**GROUP -II-:**
JUDICIARY/JUDGES/ ATTORNEYS;
  *[Jewish]* Judges:
  -Earl H. CARROLL, *(from Arizona)*
  -Christina A. SNYDER,
  -Mariana R. PFAELZER,
  -Mary M. SCHERODER,
  *(9th Circuit Chief & other named Judge),*
  -U.S. *[Jewish]* Attorneys, ..........

**GROUP -III-:**
GOVERNMENT OF USA;

**GROUP -IV-:**
STATE of CALIFORNIA, Governors;

**GROUP -V-:**
Southern California COUNTIES;
(Continued),

**Case No.: CV-03-0804-EHC**
*(Self-Recused by: ABC/ SVW/ RGK/ AP)*

*(REMOVED from California State Superior Court Los Angeles County No.:* **BC287976)**

## NOTICE OF APPEAL
**from ORDER of PREVENTING
TO FILE MOTION TO REOPEN
THE CASE by chief judge
Alicemarie H. STOTLER;**

Protecting *[Jewish]* Judges
**Earl H. CARROLL,** (fr Phoenix, AZ),
**Dale S. FISCHER and
NINTH CIRCUIT,
Corrupting Judiciary/ Courts,
Laws and Constitution as
Racketeering Enterprise,
allowing
Israeli-Lobby/Jewish-Mafia
Defrauding Public-Funds,
Judicial Gang-Rape,
Destroy Opposition, and with
'TREASON' emblem
'STAR-of-DAVID', on the USA
Flags, Badges, Insignias,
one-Dollar Bills, ....**

**GROUP -VI-:**
SOUTHERN CALIFORNIA CITIES, (LOS ANGLES, ....);

**GROUP -VII-:**
CORPORATIONS, (American & Israelis);

**GROUP -VIII-:**
FINANCIAL INSTITUTIONS, BANKS, CREDIT REPORTING, etc.;

**GROUP -IX-:**
EDUCATIONAL, SCIENTIFIC, PROFESSIONAL, ENGINEERING
INSTITUTIONS/ORGANIZATIONS/SOCIETIES;

**GROUP -X-:**
MEDIA, PRESS, TELEVISION, and HUMAN RIGHTS ORGANIZATIONS
UNDER CONTROL OF ISRAEL-Agents/ JEWISH-MAFIA;

**GROUP -XI-:**
NATIONAL DEMOCRATIC and NATIONAL REPUBLICAN PARTIES.

**GROUP -XII-:**
GOVERNMENT of the STATE OF ISRAEL, MOSSAD, Their SPIES, AGENTS,
POLITICAL ACTION COMMITTEES, LOBBIES, and
JEWISH-MAFIA INSTRUMENTALITIES. Et al.

**GROUP-XIII:**
BRITISH GOVERNMENT/ so-called his/her Majesty Government.
*(Defendant are named1 in detail in the 40-pages of the Caption).*

Defendants [1].

LIST OF AMICUS ENTITIES for PLAINTIFF, SEEKING HELP FOR
LEGAL AND CRIMINAL ACTIONS:

1

---

[1]-    [All real-person Defendants as named, or unknown, are sued and liable, (whether alive or dead), in their personal , individual as well as their official capacities. Damages are sought against them and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].

*Appeal Notice of Denying To File Motion To REOPEN Case No.: CV-03-0804/ PKP-v- Congress, et al.*

1         PARVIZ KARIM-PANAHI, forced in *pro-se* Plaintiff of above titled and

2   numbered legal action in that entitled United States of America's District Court for

3   Central District of California, Los Angeles, Case No.: <u>CV-03-0804</u>, REMOVED by party-

4   Defendant United States Attorneys from California State Superior Court for Los Angeles

5   County, Case No.: <u>BC287976</u>, to the United States District Court in Los Angeles, which

6   with certain of its judges are named party-defendant of Case, (and in other courts),

7   who has been under more than half-a-century sadistic and maniac political-religious

8   atmosphere of terror, horror, and savageries against himself, his properties, education,

9   professions, career, innocent family and life, for performing his legal duties opposing

10  corruption, and for his national-origin/Iranian, race/Middle-Easterner, religion/Muslim,

11  who under fraudulent operations of certain *[Jewish]*-Judges and their collaborators for

12  their own personal, family, cronies, and political-religious allies' enrichment, benefits and

13  promotions under most savage barbaric conditions, lack of most basic rights, threatened

14  and taken as "Political Prisoner-Hostage" with denials of justice, converting United States

15  of America to a Colony of the state of Israel under control of Israeli-Lobby/Jewish-Mafia,

16  as secret-Prison, Gulag, and Holocaust of our lives, with Courts acting not in accordance to

17  USA Constitution, Laws, rules, and for human rights and dignity; but manipulating as

18  Organized-Crime Syndicate corrupting Judiciary and Courts to the interests of Israel and

19  Jewish-Mafia, judicial Gang-Raping and destroying anyone opposed to their corruptions;

20  in accordance to provisions Federal Rules of Appellate Procedure, Rule 3(a), Appeal as of

21  Right, hereby files his "NOTICE OF APPEAL" from:

22        -ORDER issued by Alicemarie H. STOTLER, district court chief judge, entered on

23  November 8, 2007, (mail post-stamped November 13, 2007), which in violation of

24  constitution, laws and rules PREVENTS TO FILE and DOCKET Appellant's/ Plaintiff's

25  "MOTION TO REOPEN THE CASE and for INVESTIGATION, PROSECUTION and

26  IMPEACHMENT of *[Jewish]* Judge Earl H. CARROLL, (from Phoenix, Arizona), .....,

27  (a copy of Notice of Motion and Motion, and Order attached, 66- pages)".

28        And For:

*Appeal Notice of Denying To File Motion To REOPEN Case No.: CV-03-0804/ PKP-v- Congress, et al.*

1   -TRANSFER of the Case and its Appeal from Jurisdiction of the named-Party

2   Defendants in Sub-Group-III(h), United States Court of Appeal for the NINTH CIRCUIT,

3   named Circuit-Judges, and all of the Courts in Ninth Circuit jurisdiction, ..... etc; and

4   -Stop and End to at least past three decades fraudulent continuous abuse of judicial

5   power and disregard for United States Constitution and laws, biases, judicial Gang-rapes,

6   ....., conducted under directions of party-Defendants United States *[Jewish]* Attorneys

7   (Leon W. WEIDMAN, and Robert L. LESTER, ....); and

8   -REMOVAL of the 'Star-of-David', an Israeli national symbol and a Jewish

9   religious symbol, which by TREASON in violation of United States Constitution and laws,

10  under protection of party-Defendants *[Jewish]*-Judges and U.S. Attorneys is emblemized on

11  the United States of America's and some of its departments' Flags, Badges, Insignias, one-

12  Dollar Bills, ....., and engraved in the Courtrooms walls, publications, .......

13  converting United States of America to a COLONY of the State of ISAREL, and

14  corrupting the courts to interests of Israeli-lobby/ Jewish-Mafia, covering-up violations,

15  denying administration of justice; and

16  - ISSUING injunction and restraining order, while Plaintiff/ Appellant has obeyed

17  and followed constitution, laws and rules of the courts and civil procedure, he is entitled to

18  be provided with the civilized and humanized conditions, meaningful access to courts, and

19  assignment of co-counsel, then in timely manner to prosecute; and many more.

20  Additionally the APPEAL COURT to issue and mandate to the CLERK of

21  the District Court to obey and honor its duties as mandated by RULE 79 (a), (b), (c) & (d)

22  of the Federal Rules of Civil Procedure; mainly Rule 79(a) in which states that:

23  "(e) FILING WITH THE COURT DEFINED. The filing of papers with the court as
24  required by these rules shall be made by filing them with the clerk of court, except that the
25  judge may permit the papers to be filed with the judge, in which event the judge shall note
26  thereon the filing date and forthwith transmit them to the office of the clerk. A court may by
27  local rule permit papers to be filed, signed, or verified by electronic means that are
28  consistent with technical standards, if any, that the Judicial Conference of the United States
29  establishes. A paper filed by electronic means in compliance with a local rule constitutes a
30  written paper for the purpose of applying these rules. The clerk shall not refuse to accept
31  for filing any paper presented for that purpose solely because it is not presented in proper
32  form as required by these rules or any local rules or practices. "

And Rule 5 of Fed. Rule of Civ. Proc., mainly Rule 5(e) which in pertinent part states that:

> "....... The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices......"

that the Clerk in direct violation of the Federal Rule of Civil Procedure as indicated above, has openly been refusing to docket many court papers submitted by Plaintiff/ Appellant, including the subject of this Appeal on denial of his

"NOTICE OF MOTION AND MOTION TO REOPEN THE CASE, AND FOR:..."

and in many instances repeatedly intentionally untimely filed or did not file papers with regard to DEFAULT of defendants, subsequently prevented Entery-of-Default by Clerk.

//

　　　　In accordance to the Federal Rules of Appellate Procedure, RULE 3(d)(1), this "NOTICE OF APPEAL" and its Attachments to be served on the Defendants and their attorneys of the record by the clerk's office.  (for convenience a Service List attached).

//

Dated: November　*02*　, 2007,

　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　Plaintiff/Appellant, *in pro-se,*

　　　　　　　　　　　　　　　　PARVIZ KARIM-PANAHI

*Attachment:*

　　-Notice of Motion & Motion TO REOPEN THE CASE,
　　PROSECUTION & IMPEACHMENT of [Jewish] JUDGE EARL H. CARROLL,
　　(from Phoenix, Arizona), and collaborating judges, with its Attachments, (　– Pages).
　　-Order of Preventing to File Motion, by Alicemarie H. STOTLER, district chief judge; and
　　-Caption: "JUSTICE FOR SALE", Opinion by Sandra Day O'CONNOR,
　　　　　　　　　　　　　　　　　　　retired U.S. Associate Justice; and
　　-Service List.

*(total: 71 -pages)*

Appeal Notice of Denying To File Motion To REOPEN Case No.: CV-03-0804/ PKP-v- Congress, et al.

5--

**THE WALL STREET JOURNAL.** *Thursday, November 15, 2007* **A25**

## OPINION

# Justice for Sale

By Sandra Day O'Connor



Barbara Kelley

پرویز کریم‌پناهی

*PARVIZ KARIM-PANAHI*
(B.Sc., M.Sc., C.E. (Eq.Dr.Eng.),  LREB, PE & RCE )
~~P.O. BOX 75580, WASHINGTON, D.C. 20013~~
P.O. BOX 241638, LOS ANGELES, CA 90024
Tel./cellular: ( 818 ) 264-9486
*in pro-se*

LODGED

2007 NOV-2  AM 10:34
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## Central District of California, Los Angeles
### 312 North Spring Street, Los Angeles, CA 90012

**PARVIZ KARIM-PANAHI,**
(on behalf of under age child, destroyed family,.),
                                    **Plaintiff(s),**
            -Vs.->

**GROUP -I-:**
**CONGRESS of United States of America,**
**(SENATE and HOUSE OF**
**REPRESENTATIVES,  80-to-107th);**

**GROUP -II-:**
**JUDICIARY/JUDGES/ ATTORNEYS;**
      [Jewish] Judges:
      -Earl H. CARROLL, *(from Arizona)*
      -Christina A. SNYDER,
      -Mariana R. PFAELZER,
      -Mary M. SCHERODER,
      *(9th Circuit Chief & other named Judge),*
      -U.S. [Jewish] Attorneys, ...........


**GROUP -III-:**
**GOVERNMENT OF USA;**

**GROUP -IV-:**
**STATE of CALIFORNIA, Governors;**

**GROUP -V-:**
**Southern California COUNTIES;**
                              **(Continued),**

**Case No.:** __CV-03-0804-__
*(Self-Recused by: ABC/ SVW/ RGK/ AP)*

*(REMOVED from California State Superior Court Los Angeles County No.: __BC287976__)*


**NOTICE OF MOTION  and**
**MOTION TO REOPEN the Case,**
**Set-Aside ODER of DISMISSAL;**
**and For:**
**Prosecution & IMPEACHMENT**
**of  party-Defendant U.S. District**
**[*Jewish*] Judge Earl H. CARROLL**
**and collaborating judges.**
**For:**
**FRAUD UPON THE COURT,**
**Intentional Disregard-Violation of**
**U.S. Constitution, Laws/ Statutes,**
**....JUDICIAL-GANG RAPES,......**


*Hearing:*

**Date:** _____
         *(To Be Set by the Court)*
**Time:** _____
         *(To Be Set by the Court)*
**Place:**  Courtroom #_____
         *(To Be Set by the Court)*

---

**GROUP -VI-:**
SOUTHERN CALIFORNIA CITIES, (LOS ANGLES, ....);

**GROUP -VII-:**
CORPORATIONS, (American & Israelis);

**GROUP -VIII-:**
FINANCIAL INSTITUTIONS, BANKS, CREDIT REPORTING, etc.;

**GROUP -IX-:**
EDUCATIONAL, SCIENTIFIC, PROFESSIONAL, ENGINEERING
INSTITUTIONS/ORGANIZATIONS/SOCIETIES;

**GROUP -X-:**
MEDIA, PRESS, TELEVISION, and HUMAN RIGHTS ORGANIZATIONS
UNDER CONTROL OF ISRAEL-Agents/ JEWISH-MAFIA;

**GROUP -XI-:**
NATIONAL DEMOCRATIC and NATIONAL REPUBLICAN PARTIES.

**GROUP -XII-:**
GOVERNMENT of the STATE OF ISRAEL, MOSSAD, Their SPIES, AGENTS,
POLITICAL ACTION COMMITTEES, LOBBIES, and
JEWISH-MAFIA INSTRUMENTALITIES. Et al.

**GROUP-XIII:**
BRITISH GOVERNMENT/ so-called his/her Majesty Government.
*(Defendant are named1 in detail in the 40-pages of the Caption).*

Defendants [1].

## LIST OF AMICUS ENTITIES for PLAINTIFF, SEEKING HELP FOR LEGAL AND CRIMINAL ACTIONS:

---

[1]_    [All real-person Defendants as named, or unknown, are sued and liable, (whether alive or dead),  in their personal , individual as well as their official capacities.  Damages are sought against them and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].

*NOTICE of Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

1   PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff of the above titled and

2   numbered legal action <u>CV-03-0804</u>, in that entitled [party-Defendant] United States

3   District Court for the Central District of California in Los Angeles, (and other Districts),

4   REMOVED by party-Defendant United States Attorneys from California State Superior

5   Court for Los Angeles County, Case No.: <u>BC287976</u>, to the United States District Court

6   in Los Angeles,   hereby submits and files his:

7       **NOTICE OF MOTION and MOTION, that**

8       on _____, *(To Be Set by the Court),* at _____ **a.m./p.m.,** *(To Be*

9   *Set by the Court),* **in Courtroom** _____ *(To Be Set by the Court),*

10   as soon as he may be heard, Plaintiff will **MOVE the Court To**

11   **REOPEN** the Case, **SET ASDIE FRAUDULENT ORDR** of

12   **DIMISSAL** by party-Defendant **U.S. District** *[Jewish]* **Judge**

13   **EARL H. CARROLL,** *(from Phoenix Arizona),*

14   who while named party-Defendant of the legal-action knowingly

15   by **FRAUD UPON THE COURT** illegally and unlawfully

16   Presided over and DISMISSED the Case against <u>himself</u>; and

17   UNLESS *[Jewish]* Judges and *[Jewish]* Defendants are above the United states

18   Constitution, Laws and Statutes. For:

19       **PROSECUTION** and **IMPEACHMENT** of the U.S. District

20   *[Jewish]* Judge **EARL H. CARROLL,** *(from Phoenix Arizona),* (and

21   other collaborating judges), for **FRAUD, DISREGARD** and

22   **VIOLATION** of the United States **CONSTITUTION,** Laws-

23   Statutes. §§ 455, 144, et-seq.), who unlawfully, as party-

24   Defendant without Jurisdiction Presided, Issued **ORDERS** and

25   DISMISSED the legal action/Case against <u>himself</u>, and

26   in Violation of Federal Rules of Civil Procedure, Rule 55,

27   Prevented Issuance of **ENTRY-of-DEFAULT** by the Clerk and

28   **JUDGMENT-of-DEFAULT** by the Court against fellow *[Jewish]*

1  Judges, Legislatures, ..........., (as: Christina A. SNYDER, James
2  NELSON, David SIMMS, Robert J. SCHUIT, Bill LOCKYER,
3  Gary DAVIS, Brad SHERMAN, Dianne FEINSTEIN, ............),
4  Converting United States Judiciary and Courts To the Chambers
5  of Racketeering, Frauds, Tortures, JUDICIAL GANG-RAPES,
6  .....,, but Not Civilized, Humane, Decent, Honest, Impartial and
7  Judicious Forums administering and implementing justice;
8  then
9  Retaliated, Destroyed and Dismissed another of Plaintiff legal
10  action, Case No.: <u>CV-01-2788-DT-to-EHC</u>, short titled
11  *<u>Parviz Karim-Panahi –v.- County of Los Angeles et al.</u>* //
12  Also For: Immediate Restraining and Injunction ORDER to the Defendants governmental
13  entities in providing housing and place to live which they by intentionally preventing any
14  income and destroying credit have been denying.
15      Above Notice of Motion and Motion on is filed based on the attached
16  MOTION and pursuant to provisions of U.S. constitution and statutes, (28 U.S.C. §§ 455,
17  144, et-seq.), Fed.R. of Civ. Procedures, Rule 60, Congressional hearings on judicial and
18  U.S. Attorneys frauds, and any other evidences and oral arguments at the hearing(s).
19  //
20  Dated: November  *02* , 2007,
21
22
23                              RESPECTFULLY SUBMITTED,
24                                 Plaintiff, in pro-se,
25
26                              PARVIZ/KARIM-PANAHI
27
28

*Attached: The Motion & its attachments*

پرویز کریم‌پناهی

*PARVIZ KARIM-PANAHI*
*(B.Sc., M.Sc., C.E. (Eq.Dr.Eng.),  LREB, PE & RCE )*
~~P.O. BOX 75580, WASHINGTON, D.C. 20013~~
P.O. BXO 241638, LOS ANGELES, CA 90024
Tel./cellular: ( 818 ) 264-9486
*in pro-se*

# UNITED STATES DISTRICT COURT
## Central District of California, Los Angeles
### 312 North Spring Street, Los Angeles, CA 90012

**PARVIZ KARIM-PANAHI,**
(on  behalf of under age child, destroyed family,.),
                                                 **Plaintiff(s),**

        -Vs.-

**GROUP -I-:**
**CONGRESS of United States of America,**
**(SENATE and  HOUSE OF**
**REPRESENTATIVES,  80-to-107th);**

**GROUP -II-:**
**JUDICIARY/JUDGES/ ATTORNEYS;**
        **[Jewish] Judges:**
    -Earl H. CARROLL, *(from Arizona)*
    -Christina A. SNYDER,
    -Mariana R. PFAELZER,
    -Mary M. SCHERODER,
    *(9th Circuit Chief & other named Judge),*
    -U.S. [Jewish] Attorneys, ...........



**GROUP -III-:**
**GOVERNMENT OF USA;**

**GROUP -IV-:**
**STATE of CALIFORNIA, Governors;**

**GROUP -V-:**
**Southern California COUNTIES;**
                                        **(Continued),**

**Case No.: <u>CV-03-0804-</u>**
   *(Self-Recused by: ABC/ SVW/ RGK/ AP)*

*(REMOVED from California State Superior*
*Court Los Angeles County No.: <u>BC287976</u>)*

**NOTICE OF MOTION  and**
**MOTION TO REOPEN the Case,**
**Set-Aside ODER of DISMISSAL;**
**and For:**
**Prosecution & IMPEACHMENT**
**of  party-Defendant U.S. District**
***[Jewish]* Judge Earl H. CARROLL**
**and collaborating judges.**
**For:**
**FRAUD UPON THE COURT,**
**Intentional Disregard-Violation of**
**U.S. Constitution, Laws/ Statutes,**
**Knowingly without Jurisdiction**
**while named party-Defendant by**
**Fraud Issued DISMISSAL ORDER**
**for Himself, Prevented Entry &**
**Judgment of Default against**
**Defaulting Defendants,**
**Converting U.S. Courts To**
**Chambers of Tortures, Frauds,**
**Help To Protect Racketeering,**
**JUDICIAL-GANG RAPES, ......**

**GROUP -VI-:**
SOUTHERN CALIFORNIA CITIES, (LOS ANGLES, ....);

**GROUP -VII-:**
CORPORATIONS, (American & Israelis);

**GROUP -VIII-:**
FINANCIAL INSTITUTIONS, BANKS, CREDIT REPORTING, etc.;

**GROUP -IX-:**
EDUCATIONAL, SCIENTIFIC, PROFESSIONAL, ENGINEERING
INSTITUTIONS/ORGANIZATIONS/SOCIETIES;

**GROUP -X-:**
MEDIA, PRESS, TELEVISION, and HUMAN RIGHTS ORGANIZATIONS
UNDER CONTROL OF ISRAEL-Agents/ JEWISH-MAFIA;

**GROUP -XI-:**
NATIONAL DEMOCRATIC and NATIONAL REPUBLICAN PARTIES.

**GROUP -XII-:**
GOVERNMENT of the STATE OF ISRAEL, MOSSAD, Their SPIES, AGENTS,
POLITICAL ACTION COMMITTEES, LOBBIES, and
JEWISH-MAFIA INSTRUMENTALITIES. Et al.

**GROUP-XIII:**
BRITISH GOVERNMENT/ so-called his/her Majesty Government.
*(Defendant are named1 in detail in the 40-pages of the Caption).*

Defendants [1].

---

**LIST OF AMICUS ENTITIES for PLAINTIFF, SEEKING HELP FOR
LEGAL AND CRIMINAL ACTIONS:**

---

[1]_    [All real-person Defendants as named, or unknown, are sued and liable, (whether alive or dead), in their personal , individual as well as their official capacities.  Damages are sought against them and anyone benefited from them, including their spouses, children, heirs, families, administrators, trustees, beneficiaries, transferees, cronies, partners, allies, et al.].
        *Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

## *Table of Contents:*
## *CV-03-0804*
## *Parviz Karim-Panahi -v.- Congress, et al.*

Caption:   ............................................................................................................................-1-

**MOTION TO REOPEN and FOR IMPEACHMENT OF JUDGE Earl H. CARROL**....-3-

*Memorandum Points and Authorities:*

   *A)- Proceedings:* ......................................................................................…...............-5-

      *FILING Case No.: CV-03-0804, REMOVED Case No.: BC287976:*............-7-

   *B)- AUTHORITIES:*

    *- 28 U.S.C. § 455, Disqualification of Justices, Judges, Magistrates:*................-10-

    *- 28 U.S.C.S. §§144, Bias or prejudice of Judges:* ….........…..........................-11-

    *- 28 U.S.C.S. §§453, Judicial Oaths of Justices and Judges:*.............................-11-

    *-Rule 20 of Fed. R. Civ.Pro., Relief From Judgment or Order:*....................…..-11-

   *C)- POINTS/ Issues:*

    *a- U.S. District Court for the Central District of California Had Duty To
Entertain Independent Action and To relief Plaintiff from Fraudulent ORDER of
DISMISSAL and/or TO SET ASIDE the ORDER:* ................................-12-

    *b- U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix Arizona),
Was named a party-Defendant of Legal Action, Had No JURISDICTION
To Preside over his Own Case To Issue ORDER of DISMISSAL
on His Own Behalf, 28 U.S.C. §455:*................................................-12-

    *c- U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix Arizona,
named party-Defendant of Legal Action, With Pervasive Bias,
Shall had RECUSED and REMOVED Himself, and/or Been
ISQUALIFIED and REMOVED, 28 U.S.C. §§ 144 & 455:*.......................-13-

    *d- As party-Defendant U.S. District Jewish] Judge  Earl H, CARROLL,
Taking over and Presiding over the Case;*
       *Fraud against  U.S. Constitution, and Fraud Upon the Court:*...-14-

    *e- party-Defendants United States Court of Appeals for NINTH CIRCUIT
and its Circuit [Jewish] Judges also Committing
Fraud against  U.S. Constitution, and Fraud Upon the Court:*....................-14-

*CONCLUSION:*...............................................................................................................-16-

*Attachments:*   *(A-1 -to- A-16-,  36-pages)*

1        PARVIZ KARIM-PANAHI, in *pro-se* Plaintiff of the above titled and

2  numbered legal action <u>CV-03-0804</u>, in that entitled [party-Defendant] United States

3  District Court for the Central District of California in Los Angeles, (and other Districts),

4  REMOVED by party-Defendant United States Attorneys from California State Superior

5  Court for Los Angeles County, Case No.: <u>BC287976</u>, to the United States District Court

6  in Los Angeles,

7  a victim of more than half-a-century, (since 1953, CIA, Israeli/Jewish-Mafia Coup in Iran),

8  continuous pervasive sadistic brutal savageries, tortures, violations, and denials of the most

9  basic rights by the Defendants, their publicly-fed attorneys, and the named *[Jewish]*-Judges

10  acting as legal-mercenaries rather than officers of the courts, because of

11  Plaintiff's performed his professional (and personal) duties, opposed to corruption and to

12  defrauding/ stealing from USA federal-state-county-city-local public-funds, as from

13  Northridge Earthquake and Fires and Floods Disaster Funds, (and from other nations

14  public-funds, as from poor Iranian children and olds, Middle-Easterners, as Plaintiff), and

15  for his national-origin/Iranian, race/ Middle-Eastern, religion/ Muslim,

16  Hereby files his:

17        **NOTICE OF MOTION and MOTION:**

18        **To REOPEN the Case, SET ASDIE FRAUDULENT ORDR of**

19        **DIMISSAL by party-Defendant U.S. District *[Jewish]* Judge**

20        **EARL H. CARROLL, (from Phoenix Arizona),**

21        **while named party-Defendant of the legal-action knowingly by**

22        **FRAUD UPON THE COURT illegally and unlawfully Presided**

23        **over the Case and DISMISSED the Case against <u>himself</u>; and**

24  **UNLESS *[Jewish]* Judges and *[Jewish]* Defendants are above the United states**

25  **Constitution, Laws and Statutes.**

26        **For:**

27  **PROSECUTION and IMPEACHMENT of the U.S. District**

28  ***[Jewish]* Judge EARL H. CARROLL, (from Phoenix Arizona), (and**

other collaborating judges), for FRAUD, DISREGARD and VIOLATION of the United States CONSTITUTION, Laws-Statutes, (28 U.S.C. §§ 455, 144, et-seq.), who unlawfully, as party-Defendant without Jurisdiction Presided, Issued ORDERS and DISMISSED the legal action/ Case against _himself_, and in Violation of Federal Rules of Civil Procedure, Rule 55, Prevented Issuance of ENTRY-of-DEFAULT by the Clerk and JUDGMENT-of-DEFAULT by the Court against fellow *[Jewish]* Judges, Legislatures, .........., (as: Christina A. SNYDER, James NELSON, David SIMMS, Robert J. SCHUIT, Bill LOCKYER, Gary DAVIS, Brad SHERMAN, Dianne FEINSTEIN, ............), Converting United States Judiciary and Courts To the Chambers of Racketeering, Frauds, Tortures, JUDICIAL GANG-RAPES, .....,, but Not Civilized, Humane, Decent, Honest, Impartial and Judicious Forums administering and implementing justice;

then

Retaliated, Destroyed and Dismissed another of Plaintiff legal action, Case No.: <u>CV-01-2788-DT-to-EHC</u>, short titled <u>*Parviz Karim-Panahi –v.- County of Los Angeles et al.*</u>

//

Also For:

Immediate Restraining and Injunction ORDER to the Defendants governmental entities in providing housing and place to live which they by intentionally preventing any income and destroying credit have been denying.

Otherwise Plaintiff has to seek form United Nations and International Red-Cross for protection, help and providing housing.

//

# *Memorandum Points and Authorities:*

## *A)- Proceedings:*

1- **Plaintiff is a 69-years old senior, born in Tehran-Iran, (41 years in USA),** who unaware of CIA-Israeli-agents/Jewish-Mafia operations, with his family and country heavily invested in *educations, as:*

- ◆ "Elementary and High School Diploma, 12 years; and
- ◆ "MASTER of SCIENCE in CIVIL ENGINEERING" Degree, Technical Faculty, Tehran University, Iran, 1961;
- ◆ "MASTER Of SCIENCE IN ENGINEERING" Degree, (major: Geotechnical, minor: Transportation), University of California, at Berkeley, USA, 1967; and
- ◆ "CIVIL ENGINEER" Post-Graduate/(Eq. Dr. Eng.), Degree, (major: Transportation & Traffic, minor: Operation Research), New York University, New York City, USA, 1972;
- ◆ "PROFESSIONAL ENGINEER/ P.E.", University of the State of New York, from 1974;
- ◆ "REGISTERED CIVIL ENGINEER/PE/RCE", State of California, from 1981; and
- ◆ Real Estate laws studies, University of California Los Angeles, UCLA-Extension, ,1981;
- ◆ "Real Estate Broker License", State of California, since 1983; and
- ◆ Legal studies and forced legal practice, (as *pro-se*).  And many more.

2- **Despite the fact that Plaintiff was not member of any party, had no power,** no financial backing, no army, no weapons of mass-destruction, and no atomic bombs; but for only reason of performing his professional engineering duties in accordance to the laws, codes, contracts, plans, specifications, and sound engineering practices, opposed governmental and corporate corruption, objected, prevented and whistle-blew on stealing from and defrauding Federal, State and local public-funds, (as from January 17, 1994, Northridge Earthquake Disaster Relief and Emergency Assistant/ FEMA's-Funds, and Los Angeles County-City and CalTrans-funds, ....), or from Iranians and other nations, for more than half-a-century, (first since August 1953 CIA-Israeli/Jewish-Mafia Coup in Iran, then from 1967 Israeli Wars, then 1979 Iranians' Revolution, then from 9-11-2001 and since 2003 Iraq War), has been target of most sadistic cowardice maniac retaliations, oppressions, police actions, tortures, blacklisting, denials and violations of basic rights.

-in that every U.S. governmental entities from State, Treasury, Labor, Housing, Education, Defense and Justice Departments, and their instrumentalities, (from CIA, IRS, INS, EEOC, Social Security, Capitol Police, U.S. Attorneys, even Postal Service), and their California state counterparts, (Governor's office, Attorney General, Franchise Tax Board, EDD, Personnel Board, County and City of Los Angeles Police/Sheriff,  public and private

attorneys ...), and major engineering corporations used/abused to prevent Plaintiff to implement educations and professions to establish career to earn living.

In addition to discriminations, prevention of employment, destruction of educations, professions, career, cutting all means of income, and savage police operations, they fabricated income/taxes, destroyed credit, denied/ stole unemployment insurance, SSA and SSI payments, even denied food and place to live, destroyed family and life.

3- On March 29, 2001, upon continuing above half-a-century criminal operations, retaliations, discriminations, denials of civil and rights, Parviz Karim-Panahi/ Plaintiff was forced to file another legal action against COUNTY OF LOS ANGLES, its Board of Supervisors, *[Jewish]* Supervisor Zev YAROSLAVSKI, officials, and contractors, with the United States District Court for the Central District of California, Los Angeles;

-the legal action was filed as Case No.: <u>CV-01-2788-DT(AJWx)</u>, short titled, <u>*Parviz Karim-Panahi –v.- Los Angeles County, et al.,*</u> assigned to Honorable U.S. District Judge Dickran TEVRIZIAN, in Los Angeles California.

4- On June 14, 2001, the Hon. Judge TEVRIZIAN, upon Plaintiff's motion with regard to the Vacating Reference to the assigned *[Jewish]* Magistrate-judge Andrew J. Wistrich/ (AJW), issued an ORDER, Self-Recused himself (and the Magistrate), and based on Plaintiff's legal actions against the District Court, Ninth Circuit, and their Judges acting as and/or in obedience to Israeli-agents/Jewish Mafia, COLONIZING USA to ISRAEL ...., pursuant to Section 3.3 of General Order 224 ordered that the Case shall be assigned and presided over by an out of district judge, cd-14, *(a copy attached, 2-pages, A-1/-1 & 2-).*

5- On August 02, 2001, Chief *[Jewish]* Judge of United States Court of Appeals for the Ninth Circuit, Mary M. SCHROEDER, (from Phoenix, Arizona, named party-defendant), pursuant to provisions of Title 28, U.S. Code, Section 292(b), <u>*temporarily maliciously*</u> designated *[Jewish]* Judge, Earl H. CARROLL, (from Phoenix, the District of Arizona),  for the Central District of California, as stated in the ORDER for the:

<u>*"specific case Parviz Karim-Panahi –vs.- County of Los Angeles, et al. Case No.: 01-2788."*</u> , cd-21, *(a copy attached, A-2).*

1    *(2)*

2    //

3    ### *FILING Case No.: CV-03-0804, REMOVED Case No.: BC287976*:

4    6- On January 03, 2003, upon the *[Jewish]* Judge Earl H. CARROLL taking

5    advantage of 9-11-2001, and by judicial frauds, game plays, and manipulations continued

6    half-a-century sadistic savage barbaric crimes against Plaintiff's properties, educations,

7    professions, career, family and life, dragging the above Case, refused to issue injunctions,

8    even to the point of Eviction of Plaintiff from his residence by the County of Los Angeles

9    SHERRIFF Department, with no income and no place to live;

10    -Karim-Panahi/ Plaintiff was forced to file present all inclusive legal actions with the

11    United States District Court for the Central District of California, and with California

12    State Superior Court of Los Angeles County, Case No.: <u>BC287976,</u> (then after for his life

13    and safety running away from Los Angeles and California, also filed with the U.S. District

14    Courts for the District of Columbia, Washington, DC), naming responsible defendants,

15    including U.S. district *[Jewish]* Judge Earl H. CARROLL as a party-Defendant, short

16    titled, <u>*Parviz Karim-Panahi vs. Congress, named Judges, (Earl H. CARROLL), et al*</u>, .

17    7- Los Angeles Superior Court issued its SUMMONS on present case.

18    -then by order of the Superior Court Judge, the Los Angeles County Sheriff

19    SERVED the SUMMONS and COMPLAINT on several of the Defendants.

20    8- On February 04, 2003, United States *[Jewish]* Attorneys for the Central

21    District of California in Los Angeles, (Leon W. WEIDMAN and Robert I. LESTER, also

22    named party-Defendants), upon Service of SUMMONS and COMPLAINT on the U.S.

23    Department of Justice, pursuant to provisions of the 28 U.S.C. §§1442, REMOVED the

24    Case from California State Superior Court Los Angeles County to the United States

25    District Court for the Central District of California in Los Angeles, the present

26    Case No.: <u>CV-03-0804-ABC</u>, was docketed and assigned to the Honorable District Judge

27    Audrey C. COLLINS/ ABC, cd-1.

_____

*(2) -*    cd-n: denotes Clerk's Docket sheets entry numbers (for each subject case).

*Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

9- To cover-up DEFAULT of served Defendants, and prevent issuing new SUMMONS, despite provisions of 28 USC §§1442, et-seq, by fraudulent operations the above U.S. *[Jewish]* Attorneys did not file copies of all records, and did not ask for transfer of records from State Superior Court to the Federal Court.

10- On FEB-05-2003, the Honorable United States District Judge Audrey B. COLLINS/ ABC by judicial honesty, decency and courage, in accordance to the United States Statutes, 28 U.S.C. §§ 455 and 144, and U.S. Constitution, Self-Recused and Disqualified herself, cd-3; then subsequently upon assignments the:

-Honorable U.S. District Judge Stephen V. WILSON/SVW, on FEB-19-03, cd-8; and

-Honorable U.S. District Judge R. Gary KLAUSNER/ RGK, on FEB-28-03, cd-17;

pursuant to Section 3.3 of General ORDER, by issuing Orders Self-Recused and Disqualified themselves from presiding over the Case, and ordered for REASSIGNMENT, *(a copy of Orders attached, A-3-, A-4-, & A-5-).*

11- Then on FEB 28, 2003, Clerk assigned the Case to the newly approved U.S. District Judge Percy ANDERSON/ PA *(3)*.

-on Apr. 21, 2003, Plaintiff filed a Motion indicating all Judges of the District and Ninth Circuit are disqualified, including judge Percy Anderson, because were defendants.

---

*(3) -* [Percy Anderson is minority African-American/ Black, who had been nominated in 1992 by 41ˢᵗ President George H. BUSH/ senior, but his nomination blocked by Democrats; then in 2002, ten years later, re-nominated by the 43ʳᵈ President George W. BUSH/ junior, and approved by Senate].

-Unfortunately certain minorities, including African-Americans, by manipulations of Israeli-Lobby/ Jewish-Mafia when given power forget their roots and ignore Martin Luther KING's DREAMS and Rosa PARK's BRAVERIES; but keep their slavery mentalities.

*Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

1           12- On May 19, 2003, disregarding U.S. Constitution, laws and statutes, and

2   after issuing one order, with conspiracy and collusion of U.S. District *[Jewish]* Judge Earl

3   H. CARROLL, (from Phoenix, Arizona), and U.S. *[Jewish]* Attorneys, U.S. District Judge

4   Percy Anderson issued an "ORDER RE TRANSFER" of the Case from his calendar to the

5   *[Jewish]* Judge Earl H. CARROLL, (from Phoenix, Arizona), cd-28, *(copy attached, A-6-).*

6   Whereas Judge CARROLL had no jurisdiction/authority in the United States District

7   Court for the Central District of California, except as stated in paragraph -5- above, for:

8           *"specific case Parviz Karim-Panahi –vs.- County of Los Angeles, et. al.*

9   *Case No.: 01-2788."* , *( attached, A-2).*

10        -Plaintiff filed and asked for CLARIFICATION, cd-30; but by a fraudulent

11   manipulative order of then Chief Judge Consuelo B. MRSHALL [(3)], covered-up, cd-31.

12        -at the same time Plaintiff filed Motions on the Case No.: CV-01-2788-, TO

13   DISQUALIFY and REMOVE the *[Jewish]* Judge Earl H. CARROLL from presiding over

14   Plaintiff's legal actions, which the Judge completely ignored.

15          13- By fraudulent operations of the Clerk, Plaintiff's requests for issuance of

16   ENTRY-OF-DEFAULT against Defendants: Christina A. SNYDER, Gray DAVIS, Bill

17   LOCKYER, Brad SHERMAN, James NELSON, David SIMMS, Robert J. SHUILT and

18   Dianne FEINSTEIN, who had been served with SUMMONS and COMPLAINT by the Los

19   Angeles COUNTY SHERIFF were not filed, fraudulently claimed not SERVED, and

20   Deficiency Notices issued, until then Case dismissed.

21        -Motion to the Court for Order to issue Entry-of-Default and Judgment-of-Default

22   without any hearing was denied by EHC after he issued Dismissal Order, cd-46.

23         14- On September 11, 2003, (maliciously-viciously dated to coordinate with the

24   9-11-2001), the *[Jewish]* Judge Earl H. CARROLL, acknowledging that he is named a

25   party-Defendant of the legal action, in direct violation of U.S. Constitution, Laws and

26   Statutes without any jurisdiction issued ORDER of DISMISSAL for _HIMSELF_ and other

27   fellow judges Defendants, cd-43 [(4)], *(A-7-/ 1-to-5-).*

---

*(4) -*   Note: To cover-up, the short-title of the Case in the ORDER of DISMISSAL is changed

15- Plaintiff filed his timely NOTICE-of-APPEAL, cd-44, which indicated that the United States Court of Appeals for the NINTH CIRCUIT and certain Circuit Judges are named party-Defendants, but again by fraudulent operations of Ninth Circuit in violation of Constitution and statutes under fabricated Case No.: 99-80124, prevented to proceed on Appeal.

//

## B)- AUTHORITIES:

### - 28 U.S.C. § 455,

### Disqualification of Justices, Judges, Magistrates:

United States federal statute for Disqualification of Justices, Judges, or Magistrates, is codified as, 28 U.S.C. §455, which states that:

"(a) Any Justice, Judge, or Magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
(b) He shall also disqualify himself in the following circumstances:
   (1) Where he has a personal bias or prejudice concerning a party;
   (2) ....
   (3) Where he has served in governmental employment.........
   (4) He knows that that he, individually or as fiduciary, .......
      has a financial interest in the subject matter in controversy or in a
      party to the proceeding, or any other interest that could be
      substantially affected by the outcome of the proceeding;
   (5) He or ....., :
      (i) Is a Party to the proceeding, ..
      (ii) ...
      (iii) Is known by the Judge to have an interest that could be
      substantially affected by the outcome of the proceeding;
      (iv) Is to the Judge's knowledge likely to be a material witness in the
      proceeding."

//

from
*Parviz Karim-Panahi v. CONGRESS of USA, et al,*
to
*Parviz Karim-Panahi v. Los Angles County et al.*

*Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

10--

### - *28 U.S.C.S. §§144, Bias or prejudice of Judges:*

28 U.S.C.S. §§144, states that,

> "Whenever a party to any proceeding in a district court makes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein ....., "

//

### 10- *28 U.S.C.S. §§453, Judicial Oaths of Justices and Judges:*

Judges have taken judicial oath of office according to 28 U.S.C.S. §§453, so that:

> "to administer justice without respect to persons, and do equal right to the poor and to the rich, and that faithfully and impartially discharge and perform all the duties incumbent upon him/[her] as judge under the Constitution and laws of the United States."

### -*Rule 20 of Federal Rules of Civil Procedure,* *Relief From Judgment or Order:*

Rule 60 of Federal Rules of Civil Procedure provides basis on relief from JUDGMENT or ORDER and states that:

"(a) CLERICAL MISTAKES. .........

(b) MISTAKES; INADVERTENCE; EXCUSABLE NEGLECT; NEWLY DISCOVERED EVIDENCE; FRAUD, ETC.

On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons:
(1) mistake, inadvertence, surprise, or excusable neglect;
(2) newly discovered evidence which by due diligence could not have been discovered in time to move for a new trial under Rule 59(b);
(3) fraud (whether heretofore denominated intrinsic or extrinsic), misrepresentation, or other misconduct of an adverse party;
(4) the judgment is void;
(5) the judgment has been ...................; or
(6) any other reason justifying relief from the operation of the judgment.
....................................................................
....................................................................
This rule does not limit the power of a court to entertain an independent action to relieve a party from a judgment, order, or proceeding, or ....;
or to set aside a judgment for fraud upon the court.
..............."

## *C- POINTS/ Issues:*

### *a- U.S. District Court for the Central District of California Had Duty To Entertain Independent Action and To relief Plaintiff from Fraudulent ORDER of DISMISSAL and/or TO SET ASIDE the ORDER:*

Rule 60 of the Federal Rules of Civil Procedure, provides and authorizes the United States District Court for the Central District of California and its Judges having judicial responsibility and duty and unlimited power to entertain independent action. They shall had entertained an independent action, to RELIEF this Plaintiff from fraudulent ORDER of DISMISSAL and other Orders of the party-Defendant U.S. district *[Jewish]* Judge Earl H. CARROLL, (from Phoenix, Arizona), and/or TO SET ASIDE the Order without any need for Plaintiff (under half-a-century savage conditions imposed on him) to file motion.

-such independent action necessity is evident and clear from three decades, (since 1980's), District Court's *[Jewish]* Judges, Clerk's and their collaborators violating actions against Plaintiff 's legal actions for seeking administration of justice, *(see List of Cases, A-8-/1 & 2).*

### *b- U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix Arizona, Was named a party-Defendant of Legal Action, Had No JURISDICTION To Preside over his Own Case To Issue ORDER of DISMISSAL on His Own Behalf, 28 U.S.C. §455:*

United States District Court *[Jewish]-* Judge Earl H. CARROLL, openly without any disregard for laws and constitution in his own Order of Dismissal has admitted that he is *party-Defendant* of the Case, (cd-43, A-7-, pg-3-, ln-2), so in accordance to the U.S. Constitution, Laws and Statute, 28 U.S.C. §455, he has/ had <u>NO JURISDICTION</u> whatsoever to preside over the Case and issue Order for himself.

The legal action shall not had been TRANSERED to a party-Defendant judge.

1        **_c- U.S. District [Jewish] Judge Earl H. CARROLL, (from Phoenix Arizona,_**
2        **_named party-Defendant of Legal Action, With Pervasive Bias,_**
3        **_Shall had RECUSED and REMOVED Himself, and/or Been_**
4        **_DISQUALIFIED and REMOVED, 28 U.S.C. §§ 144 & 455:_**

5

6        The Honorables United States District Judges Audrey B. COLLINS/ ABC,

7  Stephen V. WILSON/ SVW, (also named party-defendant), R. Gary KLAUSNER/ RGK, and

8  Percy ANDERSON/ PA, (transferred), all from Central District of California, (not

9  Phoenix, Arizona), even without Plaintiff filing any motion/request, in accordance to the

10  United States Statutes, 28 U.S.C. §§ 455 and 144, and U.S. Constitution, by judicial

11  honesty, decency, impartiality and courage by issuing Orders Self-Recused and

12  Disqualified themselves from presiding over the Case, *(see A- 3, 4, 5 & 6-).*

13        -In another related legal action of Plaintiff in the U.S. District Court for the Central

14  District of California, in Los Angeles, Case No.: <u>CV-06-0892</u>, short titled:

15  *Parviz Karim-Panahi -v- Senator John w. WARNER, et al.,*  at least ninth judges with

16  honesty, decency, courage and impartiality Recused and Disqualified themselves,

17  *(see Attached copies of Judges' Orders of Reassignments, A-9-/ 1-to-11)* .

18        -Upon the *[Jewish]* Judge Earl H. CARROLL, (from Phoenix, Arizona), named

19  party-Defendant accepting TRANSFER of the Case, Plaintiff very politely first filed for

20  CLARIFICATION then filed motions with affidavit on both of his Cases requested to

21  Recuse and Disqualify himself, or to be DISQUALIFIED and REMOVED.

22        -Judicial bias, retaliations, disregard for laws and statutes and fraudulent

23  operations of the party-Defendant U.D District *[Jewish]* Judge Earl H. Carroll, his

24  collaboration and coordination with other defendant to use the court proceedings as means

25  of tortures and his refusal to administer justice were the reasons that forced Plaintiff to file

26  the motion for disqualification and removal, and this legal action.

27        The legal action shall not been TRANSERED to a party-Defendant judge.

28

29

### d- As party-Defendant U.S. District Jewish] Judge  Earl H, CARROLL, Taking over and Presiding over the Case; Fraud against  U.S. Constitution, and Fraud Upon the Court:

Respect for the laws, statues, and constitution by numerous district judges, as demonstrated by their Orders of Self-Recusal and Disqualification, (attached), indicate and are evidence that the U.S. District *[Jewish]* Judge Earl H. CARROLL, *(from Phoenix, Arizona)*, intentionally disregarded the U.S. constitution, laws and statutes, and disregarded for his Judicial Oath of Office, 28 U.S.C. §§ 455, 453 and 144,  then without any authority and jurisdiction presided over the legal action whereas named a party-Defendant then issued ORDER of DISMISSAL of the legal action against <u>himself</u>. Preventing Clerk issuance of "Entry-of-Default" and "Judgment-by-Default", which all are shameless FRAUD against U.S. Constitution and clear FRAUD UPON THE COURT, actual real ABUSE of JUDICIAL POWER as JUDICIAL TERRORISM.

These acts were committed with direct knowledge and collaboration of the U.S. Attorneys and the State, County and Local governmental and private Attorneys involved, converting Judiciary and Courts to political forums and games rather than administration of justice, (the main point of concern in the U.S. Congress, Senate and House of Representatives, which all of their hearings are incorporated herein).

//

*e-* *party-Defendants United States Court of Appeals for NINTH CIRCUIT and its Circuit [Jewish] Judges also Committing Fraud against U.S. Constitution, and Fraud Upon the Court:*

United States Court of Appeals for the NINTH CIRCUIT and certain of its Circuit and En-Banc Judges, (and Clerks), are named party-Defendants of the case.

Under the same situation and circumstances on Plaintiff's legal action and cases, the Honorable Circuit Judges of the United States Court of Appeals for the DISTRICT OF COLUMBIA CIRCUIT, in two occasions, did not violate the laws, but they also with judicial and personal honesty, decency, courage and impartiality, refused to preside over the Appeal and asked the CHIEF JUSTICE of the SUPREME COURT of the United States for Assignment of Out-of-Circuit Judges:

-first on Appeal No.: 03-5186, *Parviz Karim-Panahi –vs.- Congress, et al.,* (see attached copies of Orders of Assignments by the United States CHIEF JUSTICE, dated 02-06-2004, *A-10, 11 & 12*). and

-second on Appeal No.: 06-5185 and No.: 06-5290, *Parviz Karim-Panahi -vs.- Senator John W. WARNER, et al.,* (see attached copies of Orders of Assignment by the United States CHEIF JUSTICE, dated SEP-27-2007, *A-13, 14, 15 & 16*). But

But under exactly the same situation and same cases, the Circuit Judges of the United States Court of Appeals for the NINTH CIRCUIT acted with disregard for the U.S. Constitution and laws, with judicial frauds, corruption and dishonesties, under fabricated 99-80124, ORDERED dismissal of Plaintiff's APPEAL against THESELVES and fellow judges and cronies, without even allowing Plaintiff to proceed, prostitutionalizing the judiciary and courts. Indicating that the NINTH CIRCUIT and its JUDGES committed: FRAUD UPON U.S. CONSTITUTION and UPON THE COURT.

//

Plaintiff has requested from United States CONGRESS for investigation, PROSECUTION and IMPEACHMENT of *[Jewish]* Judges Earl H. CARROLL, Christina A. SNYDER, Marian R. PFEARLZER, and Chief Circuit Judge Mary M. SCHROEDER, et al., together with their supporting Legislatures, (copies were filed with the Nine Circuit).

## *CONCLUSION:*

It is not Clergies and Priests, but certain elements of Judiciary, Courts and Judges who really are Gang-Raping people, then by abuse of judicial powers covering-up.

Unless *[Jewish]* Judges, as the named party-Defendant *[Jewish]* Judge Earl H. CARROLL, *(from Phoenix, Arizona)*, and others, and other named *[Jewish]* party-Defendants, as United States Attorneys,

are above United States Constitution, Laws and Statutes, whom laws do not apply to, and they have veto-power on legal actions subject of Israeli/Jewish-Mafia's crimes, thieveries, corruptions, and murders against Iranians, Middle-Easterners, Muslims, wars in the Middle-East, Iraq Wars, with carte-blanch authority to steal and defraud public-funds of United States of America (and other countries), colonizing and corrupting U.S. Judiciary and Justice Department, and

that the Congressional RESOLUTIONS regarding corrupting Justice Department/Courts are only for , as ex-U.S. Attorney General Alberto GONZALES, not *[Jewish]* judges, ....:

-the *[Jewish]* Judge Earl H. CARROLL's ORDER of DISMISSAL for <u>himself</u> and others is issued without jurisdiction with 'FRAUD UPON THE COURT', which according to laws the Order is **VOID** that shall immediately be 'VACATED and SET ASIDE' and the Case to be **REOPENED**, with providing other Requests as motioned.

//

In the case that any affidavit is required, the above statements shall also be considered AFFIDAVIT of this in Pro-Se Plaintiff, which is declared under penalty of law.

//

Dated: November   *O2*   , 2007,

RESPECTFULLY SUBMITTED,

Plaintiff, in pro-se,

PARVIZ KARIM-PANAHI

*Attached:*   *3 8-Pages*

*Motion To REOPEN Case No.: CV-03-0804/ Parviz Karim-Panahi –v- Congress, Judges, et al.*

16--

# <u>List of Attachments:</u>

### <u>To</u>
### <u>MOTION TO REOPEN</u>
#### <u>Parviz Karim-Panahi –v. Congress, Judges, et al.</u>
#### <u>CV-03-0804</u>

-A-1-/1 & 2

-A-2-

-A-3-

-A-4-

-A-5-

-A-6-

-A-7-/1, 2, 3, 4 & 5-

-A-8-/1 & 2

-A-9-/-1/ 1- & 2

-A-9-/ -2, 3, 4, 5, 6, 7, 8, 9, 10
&11

-A-10-a

-A-10-/1 & 2

-A-11-/1 & 2

-A-12-/1 & 2

-A-13-

-A-14-

-A-15-

-A-16-

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 4 2001

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARVIZ KARIM-PANAHI,

CASE NUMBER: CV  01-2788 DT  (AJWx)

PLAINTIFF(S),

v.

COUNTY OF LOS ANGELES, DEPARTMENT OF
PUBLIC WORKS, et al.,

ORDER TO REASSIGN CASE DUE TO
SELF-RECUSAL PURSUANT TO
SECTION 3.3 OF GENERAL ORDER 224

DEFENDANT(S).

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *[please use additional sheets if necessary]*: See attached.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated:  April 11, 2001.

D.T.

DICKRAN TEVRIZIAN
UNITED STATES DISTRICT JUDGE

**NOTICE TO COUNSEL FROM CLERK:** CLERK WILL SEND A SEPARATE NOTICE ONCE CASE HAS BEEN REASSIGNED
This case has been reassigned to Judge_____N.A._____.On all documents subsequently filed in this case, please substitute the initials_____N.A._____ after the case number in place of the initials of the prior Judge so that the case number will read:  CV_____N.A._____.
This is very important because documents are routed to the assigned Judge by means of the initials.

A-1-11

(14)

CV-52 (10/98)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)
ENTERED ON ICMS  6/14/01

On April **10**, 2001, Plaintiff in the above-entitled case filed a document entitled, "MOTION/REQUEST TO VACATE REFERENCE TO Magistrate-Judge Andrew J. WISTRICH (AJWx), WHO IS ONE of the RESPONDENTS/DEFENDANTS OF PLAINTIFF'S TORT CLAIM AND LEGAL-ACTIONS. (28 U.S.C. §§455 & 144)." In that filing, the Plaintiff served noticed that Plaintiff seeks to name Magistrate/Judge Andrew J. Wistrich and other judges of this Court as defendants in a federal tort claim action directed as against those judges on the basis of "ABUSE OF JUDICIAL POWER, JUDICIAL TERRORISM, TORTURES, DISCRIMINATIONS, RETALIATIONS & COVER-UPS." A copy of Plaintiff's claim for One Billion Dollars ($1,000,000,000.00) naming the United States District Court for the Central District of California and certain identified judges is attached. The said purported claim sets forth a "CONSPIRACY with TREACHERY AND TREASON TO PREVENT REMOVAL OF 'STAR OF DAVID,' An ISRAELI-JEWISH NATIONAL and RELIGION SYMBOL FRAUDULENTLY ENGRAVED and PROPAGATED IN The USA's SEALS, FLAGS, BADGES, NOTES, INSIGNIAS, STATIONERY, etc., COLONIZING USA to ISRAEL as part of ISRAEL, A Jewish State," as against those respondents.

Based upon the fact that Plaintiff has attempted in the within matter to set forth a federal tort claim as against the United States District Court for the Central District of California and certain of its judicial officers, it is the opinion of the undersigned that an out of district judge be assigned to preside over this matter.

For the foregoing reasons, this Court recuses itself and returns this matter to the Clerk's Office for further reassignment consistent with this Order.

*A-1-1-2*

# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

### *For the Purpose of Hearing a Specific Case or Cases*

Pursuant to the provisions of Title 28, United States Code, Section 292(B), I hereby designate the Honorable **Earl H. Carroll**, United States District Judge for the District of Arizona, to perform the duties of United States District Judge temporarily for the Central District of California for the specific case *Parviz Karim-Panahi vs. County of Los Angeles, et al.*, Case No. 01-2788.

Dated: 7-26-01

Mary M. Schroeder
Chief Judge
United States Courts for the Ninth Circuit

FILED
CLERK, U.S. DISTRICT COURT
8-2-01
AUG -2 2001
CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

cc:     Judge Carroll
        Chief Judge Hatter
        Chief Judge McNamee
        Sherri Carter, Clerk of Court
        Richard Weare, Clerk of Court

A-2-

ENTERED ON ICMS   8/3/01

FILED
FEB - 5 2003
03
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARVIZ KARIM PANAHI,

PLAINTIFF(S),

v.

CONGRESS, SENATE & HOUSE OF REPRE-
SENTATIVES OF THE UNITED STATES OF
AMERICA, et al.,

DEFENDANT(S).

CASE NUMBER: CV  03-0804 ABC

**ORDER TO REASSIGN CASE DUE TO
SELF-RECUSAL PURSUANT TO
SECTION 3.3 OF GENERAL ORDER 224**

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *[please use additional sheets if necessary]*:

*This Court does not preside over cases in which former District Attorney Reiner and Garcetti are parties.*

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: **February 5, 2003**

_____
UNITED STATES DISTRICT JUDGE

**NOTICE TO COUNSEL FROM CLERK:**          A-3-

This case has been reassigned to Judge_____Stephen V. Wilson_____.On all document subsequently filed in this case, please substitute the initials_____SVW_____ after the case number in place of the initials of the prior Judge so that the case number will read:  CV 03-804 SVW (Mcx)  .

This is very important because documents are routed to the assigned Judge by means of the initials.

③

**SEND**

FILED
CLERK, U S DISTRICT COURT

FILED

FEB 20 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parvis Karim-Panahi, | CASE NUMBER |
| | CV03-804-SVW(Mcx) |
| PLAINTIFF(S) | |
| v. | |
| Congress of the United States, et al. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Judge Wilson was sued by this plaintiff in CV97-3969.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

2/19/03
Date

United States District Judge

=================================================================
## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____ **R. Gary Klausner** _____. On all documents subsequently filed in this case, please substitute the initials _____ **RGK** _____ after the case number in place of the initials of the prior Judge so that the case number will read: __ **CV 03-804 RGK (Mcx)** __

This is very important because documents are routed to the assigned Judge by means of the initials.

*A-4-*

⑧

**SEND**

FILED
CLERK, U.S. DISTRICT COURT

FEB 2 8 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIS KARIM-PANAHI, | CASE NUMBER |
| PLAINTIFF(S) | CV 03-804-RGK(Mcx) |
| v. | |
| GROUP -I-; GROUP - II-; GROUP -III-; GROUP - IV-; GROUP -V-; et al., | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

DIRECT SUPERVISION OF SEVERAL NAMED DEFENDANTS.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:
      ☒ within 120 days of the Court being assigned said case.
      ☐ after 120 days of the Court being assigned said case.

_____2/27/03_____
Date

_____*Gary Klausner*_____
United States District Judge
**GARY KLAUSNER**

=====================================================================
## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____Percy Anderson_____. On all documents subsequently filed in this case, please substitute the initials _____PA_____ after the case number in place of the initials of the prior Judge so that the case number will read: __CV 03-804 PA (Mcx)__

This is very important because documents are routed to the assigned Judge by means of the initials.

*A-5-*

(17)

ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT

MAY 19 2003

CENTRAL DISTRICT OF CALIFORNIA
BY _____ KC _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Parviz Karim-Panahi, etc.

PLAINTIFF(S),

v.

Congress of the United States, et al.,

DEFENDANT(S).

CASE NUMBER:

CV 03-804 PA (Mcx)

**ORDER RE TRANSFER PURSUANT
TO GENERAL ORDER 224**
(Related Cases)

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 224.

_April 18, 2003_
Date

Earl H. Carroll    _Earl H. Carroll_
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of General Order 224.

IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge    Carroll
for all further proceedings.

_May 14, 2003_
Date

_Percy Anderson_
Percy Anderson
United States District Judge

## Declination

I hereby decline to transfer the above-entitled case to/from my calendar for the reasons set forth:

_____

_____

_____

_____

_____

_____    _____
Date      United States District Judge

**Reason for Transfer as Indicated by Counsel:** Case ____ CV 01-2788 EHC ____ and the present case:

- ☒ A.   appear to arise from the same or substantially identical transactions, happenings or events.
- ☐ B.   involve the same or substantially the same parties or property.
- ☐ C.   involve the same patent, trademark or copyright.
- ☒ D.   call for determination of the same or substantially identical questions of law.
- ☒ E.   likely for other reasons may entail unnecessary duplication of labor if heard by different judges.

**Notice to Counsel from Clerk:** Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge ____ N/A ____ to Magistrate Judge ____ N/A ____

A-6-

On all documents subsequently filed in this case, please substitute the initials ____ EHC ____ after the case number in place of the initials of the prior judge, so that the case number will read ____ CV 03-804 EHC (Mcx) ____

This is very important because documents are routed to the assigned judges by means of these initials.

**Subsequent documents must be filed at the ☒Western ☐Southern ☐Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.** 5/19/03

28

ENTERED ON ICMS

ORIGINAL

1

2

3

4

5

6

7

8

✓ Priority
✓ Send
✓ Clsd
✓ Enter
✓ JS-5/JS-6
   JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT

SEP - 5 2003

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

9    Parviz Karim-Panahi,                    )   No. CIV 03-0804-EHC

10             Plaintiff,                     )   **ORDER**

11   vs.                                      )

12   Los Angeles County, et al.,              )   THIS CONSTITUTES NOTICE OF ENTRY

13             Defendants.                    )   AS REQUIRED BY FRCP, RULE 77(d).

14

15

16       On January 3, 2003, Plaintiff filed a 167-page Complaint with a 101-page

17   attachment of exhibits in Los Angeles Superior Court. On February 4, 2003, the case

18   was removed to the United States District Court for the Central District of California.

19   Upon review, the Court has determined to dismiss the Complaint because it is wholly

20   frivolous.

21       The Complaint is titled "CIVIL [redacted] COMPLAINT & DAMAGES One

22   Billion Dollar/$1,000,000,000,00 [sic] per-Year per-Defendant, For Half-a-Century

23   Legislatures-Judicial-Governmental-Corporate & Israeli Organized-Crime-Syndicate

24   Terrorism, Tortures, Thieveries, Racketeering, Drug-Dealing, Extortions, Money-

25   Laundering, Crime against Humanity, Genocides, Violations of Human & Civil Rights."

26       Plaintiff lists thirteen (13) groups of defendants:

27       (1) CONGRESS, (SENATE & HOUSE OF REPRESENTATIVES), of the United

28   States of America, (80-to-107th);

*A-7-1-*

ENTERED
CLERK, U.S. DISTRICT COURT

SEP 1 1 2003

43

1    (2) JUDICIARY/JUDGES/ATTORNEYS;

2    (3) GOVERNMENT OF USA;

3    (4) STATE OF CALIFORNIA, Governors;

4    (5) Southern California COUNTIES;

5    (6) SOUTHERN CALIFORNIA CITIES, (LOS ANGLES, [sic]...);

6    (7) CORPORATIONS

7    (8) FINANCIAL INSTITUTIONS, BANKS, CREDIT REPORTING, etc.;

8    (9) EDUCATIONAL, SCIENTIFIC, PROFESSIONAL ENGINEERING

9    INSTITUTIONS/ORGANIZATIONS/SOCIETIES;

10    (10) MEDIA, PRESS, TELEVISION, and HUMAN RIGHTS

11    ORGANIZATIONS UNDER CONTROL OF ISRAEL-Agents/JEWISH-MAFIA;

12    (11) NATIONAL DEMOCRATIC and NATIONAL REPUBLICAN PARTIES;

13    (12) GOVERNMENT of the STATE OF ISRAEL, MOSSAD, Their SPIES,

14    AGENTS, POLITICAL ACTION COMMITTEES, LOBBIES, and JEWISH-MAFIA

15    INSTRUMENTALITIES. Et al.

16    (13) BRITISH GOVERNMENT/ so-called his/her Majesty Government.

17    The next thirty-six (36) pages of Plaintiff's Complaint are devoted to listing the

18    approximately four hundred (400) individual Defendants[1], including Richard Milhous

19    Nixon; "certain Jewish and non-Jewish Senators, back to Joseph Raymond McCarthy";

20    all of the current Supreme Court justices, except for Justice Stevens; numerous Ninth

21    Circuit judges[2]; various Los Angeles apartment complexes; the U.S. Departments of

22    Education, Transportation, Energy, and Health and Human Resources; CBS, NBC, ABC,

23    FOX, "and other Television Networks"; the Los Angeles Unified School District; the

24

25    [1]The number is approximate because Plaintiff lists many Defendants more than once.

26
     [2]The Ninth Circuit judges are listed in groups of three; they appear to be Ninth Circuit
27    panels who ruled unfavorably against Plaintiff in previous actions.

28                        A- 7 -2-

1    Government of Britain "and Prime-Ministers from Winston CHURCHILL and

2    afterwards"; Budget Rent-a-Car; and myself.

3        Plaintiffs Complaint contains numerous incredible allegations, including the

4    following:

5        ### 328-Israeli/Jewish-Mafia complete control over Courts/Judges

6        Upon disintegration of Soviet Union and Desert Storm Persian Gulf/Iraq war
     of 1991, (since WW-II, and then since 1979), Israeli-agents/ Jewish Mafia and
7    Corporations who had laundered assets of Easter[n] Europeans and Middle-
     Easterners/Iranians to Israel and USA;
8
     - by campaign contribution bought and/or elected their elements as law makers
9    nationally, (in Congress), state-wide, (California), locally, (in City and County of
     Los Angeles),
10
     - then by indulging the [pervert] President into sexual scandals publicized by their
11   mass-media, (selling Lincoln Bedroom for campaign and financial purposes, etc.)
     and impeachment, they controlled also executive decisions.
12
     329 - Through above elements, selected Jewish judges.  Consequently the whole
13   country's legislative-judicial-governmental-corporate elements, became completely
     under control Israeli agents, acting as insane mad-cows of a Colony.
14
15   Plaintiff also alleges the Supreme Court and numerous appellate judges "had collaborated

16   for decades in blacklisting and denying Plaintiff any chance to earn income to pay for

17   even daily living expenses, disregarding to pay courts' fees and costs," and that the Los

18   Angeles County Supervisor and his assistants denied Plaintiff financial assistance "with

19   Intention to Murder/Kill/Assassinate."  Plaintiff lists twenty-one (21) specific causes of

20   action, with a final "Twenty Second -to- thousand Causes of Actions, under, other

21   International and USA Laws and Statutes":

22        Upon prosecution of the above causes of actions, and providing civilized
     decent conditions, the remaining Causes of Actions from Twenty Second to
23   Thousand, under:

24        -Tort Claims, false arrests, false imprisonments, malicious prosecutions,
     malicious mischief, unlawful searches and seizures, larcenies, thieveries,
25   embezzlements, receive [sic] of stolen properties, accessories to the crimes, crimes
     of violence, assault, battery, tortures, threats, coercions, duress, intimidations,
26   imposed bankruptcy, murders, killings, assassinations, intent to commit murder,
     attempts to commit murder, breach of contracts, false and fraudulent claims,
27   instigation of racial discriminations, confiscation of properties, eminent-domain,
     possession of stolen properties, arms and drug dealings, money laundering,

28

A - 7 - 3 -

1  extortions, smuggling, terror and terrorist activities, threat and murder of witnesses, retaliations against witnesses families, destruction of evidences and witnesses,
2  bribery of public officials and witnesses and judges, influencing and impeding government officials, hindering process of justice, obstruction of justice, and many
3  more, will be prosecuted.

4  Plaintiff's prayer for relief "REQUESTS and seeks JUDGMENT, from 'International

5  Criminal Court,' United Nations members Courts and from the United States of America

6  Courts, for each and every of the Causes of Actions of the Civil and Criminal Complaint

7  as set above against these sadistic maniac Defendants[.]"

8      The Court allowed Plaintiff until August 25, 2003, to file an Amended Complaint.

9  On August 22, 2003, Plaintiff filed an "OPPOSITION TO the: ORDER by U.S. District

10  Judge Earl H. CARROLL, To File Amended COMPLAINT; without Providing

11  Civilized, Humane, Decent, Impartial, Judicious Condition; Food, Medical-Dental Care;

12  Place To Live/Lodging and Other Daily Necessities; which are PREREQUISITE To

13  Enable Plaintiff to LIVE and PROSECUTE." Plaintiff asserts that "no amendment

14  complaint is needed, but first providing civilized, humane, non-coercive condition, food

15  and place for Plaintiff to live, and judicious condition to proceed; then issuing Entry-of-

16  Default and Judgment-by-Default against Defaulting parties; then order to proceed to

17  discovery and trial, are the real judicious course to be taken, but not the Defendants'

18  intention of dragging the case, requiring Plaintiff to proceed and prosecute while denying

19  him the most basic rights including food and a place to live."

20      A court may *sua sponte* dismiss a complaint where it is frivolous, i.e., it lacks an

21  arguable basis either in law or in fact. <u>Denton v. Hernandez</u>, 504 U.S. 25, 32-33, 112 S.

22  Ct. 1728, 1733 (1992). "[A] finding of factual frivolousness is appropriate when the

23  facts alleged rise to the level of the irrational or the wholly incredible, whether or not

24  there are judicially noticeable facts available to contradict them." <u>Id.</u> at 33, 112 S. Ct. at

25  1733. The Courts finds Plaintiff's allegations to be wholly incredible. Therefore, the

26  Court will dismiss Plaintiff's Complaint.

27      Accordingly,

28

*A-7*-4-

**IT IS ORDERED** dismissing Plaintiff's Complaint with prejudice.

DATED this ___29___ day of August, 2003.

Earl H. Carroll
United States District Judge

A-7-5-

### *List of Complaints/Cases Filed in the United States District Court for Central District of California & Tax Court/ in Los Angeles:*
#### (all by Judicial Frauds, Discriminations, Retaliations and Conspiracies destroyed):

| District Court Case No./ (Judge): | Commenced/ Dismissed: | Short Title: | Appeal No. in (Ninth Circuit) |
|---|---|---|---|
| **G/SO-215/1-USA** (in Geneva & New York) | since 1975 | *Parviz Karim-Panahi -v- USA/CIA,* (filed with U.N. Secretary General & Human Rights Commission) | |
| **182- in Chamber 2** (in the Hague, Netherlands) | 00/00/1981 00/001992 | *Parviz Karim-Panahi -v- USA/CIA (filed with IRAN-US Claims Tribunal, in the Hague, Netherlands* | |
| **CV-81-1358-TJH(JR)** (Terry J. HATTER, Jr.) | 03/21/1981 | *Parviz Karim-Panahi -v- USA/INS* | **81-5658** |
| **CV-81-3341-WPG** (William P. GRAY) | 07/07/1981 | *Parviz Karim-Panahi -v- USA/CIA* | **87-5839** |
| **CV-82-1557-RMT** (Robert M. TAKASUGI) | 03/30/1982 | *Parviz Karim-Panahi -v- BECHET/ DMJM, City of Los Angeles, et al.* | **83-6189** **85-5837** **87-5694** |
| **CV-82-2175-RG** (Richard A. GADBOIS, Jr.) | 05/04/1982 | *Parviz Karim-Panahi -v- GRUEN Assoc., et al.* | **83-6212** **87-5877** |
| **CV-82-5215-MRP** (Mariana R. PFAELZER) | 10/07/1982 | *Parviz Karim-Panahi -v- USA/CIA* | **82-6044** **87-5840** |
| **CV-83-0940-CHH** (Cynthia Holcomb HALL) | 10/07/1982 | *Parviz Karim-Panahi -v- City of Los Angeles, Bechtel & DMJM Corporations, et al.* | **84-5687** **87-5841** **88-5570** |
| **3526-84-S - Tax Court** (Lehman C. ARRONS) | 01/04/1984 | *Parviz Karim-Panahi -v- CIR/ IRS* | |
| **CV-86-1002-WJR(Tx)** (William J. REA and John J. DAVIES) | 02/14/1986 | *Parviz Karim-Panahi -v- Los Angeles Police Department, et al.* | **86 -6198** **87-5842** **87-55350** **89-55744** **92-55131** **99-80124** (*) |
| **CV-88-0003-TJH(T)** (Terry J. HATTER, Jr.) | 01/04/1988 | *Parviz Karim-Panahi -v- Ronald REAGAN, CIA et al.* | **90-55205** |
| **CV-91-6890-SVW** (Stephen V. WILSON) | 12/17/1991 | *Parviz Karim-Panahi -v- Caltrans/California Dept. of Transportation, LACTC,DMJM, et al.* | **92-55698** |
| **CV-92-1256-JSL** (J. Spencer LETTS) | 02/25/1992 | *Parviz Karim-Panahi -v- (named) U.S. District Judges, et al.* | **92-55607** |
| **5324-92 - Tax Court** (Larry L. NAMEROFF) | 03/09/1992 | *Parviz Karim-Panahi -v- CIR/ IRS* | **94-70783** |
| **8424-94 - Tax Court** (Carolyn Miller PARR) | 05/23/1994 | *Parviz Karim-Panahi -v- CIR/ IRS* | **96-70305** |

A - B - /-/-

-1-/ (List of Legal Actions Filed with U.S. District Court for Central California, in Los Angles, and their Appeals).

| District Court Case No./ (Judge): | Commenced/ Dismissed: | Short Title: | Appeal No. in (Ninth Circuit) |
|---|---|---|---|
| **15200-94 – Tax Court** (David LARRO) | 08/19/1994 | *Parviz Karim-Panahi –v- CIR/ IRS* | **96-70303** |
| **CV-95-6933-MRP/ CAS** (Mariana R. PFAELZER) | 10/16/1995 | *Parviz Karim-Panahi –v- Pete Wilson/ Calif. Governor, et al.* | **96-55843** |
| **CV-96-4376-MRP/ to CAS** (from Mariana R. PFAELZER to her ex-Law partner Christina A. SNYDER) | 06/19/1996 | *On behalf of the: People of United States of America/ - FEMA, Ex-Rel: Parviz Karim-Panahi –v- Calif. Governor's Office of Emergency Services, County & City of Los Angeles, et al.* | **97-70885** **97-56318** **98-56419** **99-55139** **99-80124** (*) |
| **18603-96 – Tax Court** (Larry L. NAMEROFF) | 08/22/1996 | *Parviz Karim-Panahi -v- CIR/ IRS* | **97-70791** |
| **CV-97-3969-MRP/ to CAS** (from Mariana R. PFAELZER to her ex-Law Partner Christina A. SNYDER) | 06/19/1997 | *Parviz Karim-Panahi –v - CIA/ Central Intelligence Agency, ISRAEL, named judges, et al.* | **97-70885** **97-56316** **97-56753** **98-56498** **99-80124** (*) |
| **4557-99 - Tax Court** (Larry L. NAMEROFF) | 05/04/1999 | *Parviz Karim-Panahi -v- CIR/ IRS* | **00-70346** **99-80124** |
| **11708-00 – Tax Court** (John F. DEAN) | 11/03/2000 | *Parviz Karim-Panahi -v- CIR/ IRS* | **99-80124** (*) |
| **CV-01-2788-EHC [fr DT]** (from Dickran TEVRIZIAN To Earl H. CARROLL) | 03/26/2001 03/30/2006 | *Parviz Karim-Panahi –v- Los Angeles COUNTY, et al.* | **02-55590** **99-80124** (*) |
| **14965-02 – Tax Court** (Thomas B. WELLS) | 09/11/2002 | *Parviz Karim-Panahi -v- CIR/ IRS* | **99-80124** (*) |
| **CV-03-0003-CBM** (Consuelo B. MARSHALL) | 01/03/2003 01/13/2003 | *Parviz Karim-Panahi –v- U.S. Congress, CIA, Israel, named Judges, et al.* | **99-80124** (*) |
| **CV-03-0804-EHC** (**) (Earl H. CARROLL, from Phoenix, Arizona) | 01/30/2003 09/05/2003 | *Parviz Karim-Panahi –v- U.S. Congress, CIA, Israel, named Judges, et al.* | **99-80124** (*) |
| **CV-06-0892- to DSF(AJWx)** (Dale S. FISCHER) | 02/15/2006 11/02/2006 | *Parviz Karim-Panahi –v- Senator WARNER, L. Paul BREMER, Gen. ABIZAID,Judges, et al.* | **99-80124** (*) |

(*):    On June 10, 1999, Appeal/ Case No.: <u>99-80124</u>, titled Re: Parviz Karim-Panahi, without jurisdiction was fabricated as "Pre-Filing Review Order". Ever since the U.S. Ninth Circuit panels by Judicial-Fraud and in violation of U.S. Constitution have prevented PKP to File and Proceed on every and all "Notices of Appeal" he has submitted, including Appeals of the Legal-Actions filed against the Ninth Circuit Judges.    (see Separate List).

(**):    REMOVED Case No.: <u>BC287976</u> from Superior Court of California, County of Los Angeles, to United States District Court for Central District of California, Los Angeles, by U.S. Attorney.

A- 8- /-2-

-2-/ (List of Legal Actions Filed with U.S. District Court for Central California, in Los Angles, and their Appeals).

Case 2:06-cv-00864-LHC-Mc Document 90 Filed 11/28/07 Page 43 of 74 Page ID #:77

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| | |
|---|---|
| Case No. | CV 06-892 GAF (AJWx) |

Date    August 24, 2006

| | |
|---|---|
| Title | PARVIZ KARIM-PANAHI v. JOHN W. WARNER, et al. |

Present: The Honorable    A. HOWARD MATZ, U.S. DISTRICT JUDGE

| Stephen Montes | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**      (IN CHAMBERS)

Although the docket is confusing, it appears that this case was initially assigned to Senior Judge J. Spencer Letts, who declined to accept it. Thereafter, the case was reassigned to at least three other judges, the last of whom is the currently-assigned judge, the Hon. Gary A. Feess. On April 4, 2006, plaintiff moved to recuse Judge Feess on the ground that he - - Judge Feess - - is one of the named defendants in other cases that plaintiff has filed. The motion also sought recusal of Magistrate Judge Wistrich for essentially the same reason. Plaintiff's recusal motion was referred to Judge Morrow, who self-recused. Thereafter, the motion was assigned to four other judges who also self-recused. Ultimately, the motion was assigned to this court.

28 U.S.C. § 455(a) provides that a judge "*shall* disqualify himself" if his impartiality might reasonably be questioned." (Emphasis added.) Under that broad standard, the motion to recuse Judge Feess must be, and hereby is, granted, because a judge who presides over a matter being prosecuted by someone who is suing that judge might "reasonably" have his impartiality questioned, even if (as is the case here) the suit against the judge appears to be utterly devoid of merit.

A review of the Central District docket shows that plaintiff has sued or is currently suing dozens of judges and other public officials. Before Judge Feess was greeted with this recusal motion, one of the parties in this case had moved for an order to show cause why plaintiff should not be declared a vexatious litigant. See docket entry 8, April 4, 2006. Plaintiff's conduct may well be part of such a campaign, and no litigant should be

*A-9-/-1-1*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-892 GAF (AJWx) | Date | August 24, 2006 |
| Title | PARVIZ KARIM-PANAHI v. JOHN W. WARNER, et al. | | |

permitted to, in effect, forum shop by suing judges whose rulings he does not like or anticipates will be unfavorable. On this motion, however, this Court lacks any basis to make such findings.

> The Court GRANTS the motion to recuse.

Initials of

Preparer

A-9-/-1-z

# ORIGINAL

SEND

FILED
CLERK, U.S. DISTRICT COURT

MAR - 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ KARIM-PANAHI | CASE NUMBER |
| | CV 06-0892-JSL (AJWx) |
| PLAINTIFF(S) | |
| v. | |
| JOHN W. WARNER, , Et Al | ORDER RETURNING CASE FOR REASSIGNMENT |

IT IS ORDERED that the above DEFENDANT(S) is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: ___March 6, 2006___

_Spencer Letts_
J. SPENCER LETTS
Senior United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge_____Edward Rafeedie_____ for all further proceedings.   On all documents subsequently filed in this case, please substitute the initials __ER__ after the case number in place of the initials of the prior judge so that the case number will read _CV 06-0892 ER (AJWx)___.

This is very important because documents are routed to the assigned judge by means of the initials.

CV-89  (02/98)           ORDER RETURNING CASE FOR REASSIGNMENT

A-9-/ 2

ENTERED ON CM  3/8/06



FILED
CLERK, U.S. DISTRICT COURT

MAR 14 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARVIZ KARIM-PANAHI

               PLAINTIFF(S),

       v.

JOHN W. WARNER, et al

            DEFENDANT(S).

**CASE NUMBER**

CV-    06-0892 ER (AJWx)

**ORDER RETURNING CASE
FOR REASSIGNMENT**

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: _____

_Edward Rafeadie_
United States District Judge

**NOTICE TO COUNSEL FROM CLERK:**

    This case has been reassigned to Judge___ Florence-Marie Cooper ___ for all further proceedings.  On all documents subsequently filed in this case, please substitute the initial _____ FMC _____ after the case number in place of the initials of the prior judge so that the case number will read CV __06-0892 FMC (AJWx)____ .

    This is very important because documents are routed to the assigned judge by means of the initials.

_A-9-/ 3_

(6)

CV-89  (02/98)        ORDER RETURNING CASE FOR REASSIGNMENT ENTERED ON CM 3/14/06

SEND

FILED
CLERK, U S DISTRICT COURT

MAR 1 6 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARVIZ KARIM-PANAHI,

PLAINTIFF(S),

v.

JOHN W. WARNER, et al.,

DEFENDANT(S).

CASE NUMBER: CV 06-892 FMC (AJWx)

ORDER TO REASSIGN CASE DUE TO
SELF-RECUSAL PURSUANT TO
SECTION 3.3 OF GENERAL ORDER 224

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *[please use additional sheets if necessary]*:

Case seeks impeachment of Jewish Judges — which includes me.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

■ within 120 days of the Court being assigned said case.

☐ after 120 days of the Court being assigned said case.

Dated: 3/15/06

Florence-Marie Cooper
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE

## NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge_____Gary A. Feess_____.On all documents subsequently filed in this case, please substitute the initials_____GAF_____ after the case number in place of the initials of the prior Judge so that the case number will read: CV 06-892 GAF (AJWx)_____.

This is very important because documents are routed to the assigned Judge by means of the initials.

CV-52 (10/98)      ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL (Sec. 3.3 of GO 224)

A-9-14

ENTERED ON CM 3/16/06

LINKS: 7, 8, 11

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 06-892-GAF (AJWx) | Date | April 20, 2006 |
| Title | Karim-Panahi v. Warner, et al. | | |

Present: The Honorable **GARY ALLEN FEESS**

| Marilynn Morris | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    (In Chambers)

In light of Plaintiff's April 6, 2006 effort to recuse this Court pursuant to 28 U.S.C. §§ 455 and 144, all pending motions – including the Defendants Supreme Court's motion for a more definite statement set for hearing on May 1, 2006, and Defendants Los Angeles County Supervisors' motion to dismiss set for hearing on May 15, 2006 – are hereby taken **OFF CALENDAR** pending resolution of Plaintiff's motion to recuse this Court.

IT IS SO ORDERED.

DOCKETED ON CM

APR 2 1 2006

BY          012

Initials of
Preparer

A-9-15

FILED
CLERK, U S DISTRICT COURT

APR 2 7 2006

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parviz-Karim-Panahi | **CASE NUMBER** |
| **PLAINTIFF(S)** | CV 06-0892 GAF (AJWx) |
| v. | |
| John W. Warner | **REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE** |
| **DEFENDANT(S).** | |

A Motion to Disqualify Judge / Magistrate Judge ___Gary A. Feess & Andrew J. Wistrich___ was filed on ____4/6/06____. Pursuant to General Order 224 and General Order 194 this motion is referred to Judge ____Margaret M. Morrow____ for determination.

Clerk, U. S. District Court

___4/27/06___
Date

By _____Robert R. Nadres_____
Deputy Clerk

cc:   Judge Assigned to Case
      Judge Assigned to Hear Motion
      Counsel of Record

A-9-16

(17)

CV-54 (07/05)          REFERRAL OF MOTION TO DISQUALIFY JUDGE / MAGISTRATE JUDGE

ENTERED ON CM ____4/27/06____

SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY – 3 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

PARVIZ-KARIM PANAHI,

                                    PLAINTIFF,

           v.

JOHN W. WARNER,

                                    DEFENDANT.

CASE NUMBER: CV 06-0892 GAF (AJWx)

ORDER TO REASSIGN Motion Due to
SELF-RECUSAL PURSUANT TO
SECTION 3.3 OF GENERAL ORDER 224

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of: Parvis Karim-Panahi's argument for disqualification of Judge Gary A. Feess and Magistrate Judge Andrew J. Wistrich is that they were named defendants in plaintiff's prior lawsuits, one of which is _Karim-Panahi v. Congress, et al._, CV 03-00804 EHC (MCx). Judge Morrow's law firm, Quinn Kully and Morrow, was a named defendant in that prior case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.3 of General Order 224.

This self-recusal has been Ordered:

☒  within 120 days of the Court being assigned said case.

☐  after 120 days of the Court being assigned said case.

Dated: May 1, 2006

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

NOTICE TO COUNSEL FROM CLERK

The Motion has been reassigned to Judge _____ Ronald S.W. Lew _____. On all documents subsequently filed in this case, please substitute the initials _____ RSWL _____ after the case number in place of the initials of the prior Judge so that the case number will read: CV  06-0892  RSWL  (AJWx) .

This is very important because documents are routed to the assigned Judge by means of the initials.

This case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:

☑ Western          ☐ Southern          ☐ Eastern Division.

Subsequent documents must be filed at the  ☑ Western      ☐ Southern      ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-52 (01/05)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.3 of GENERAL ORDER 224

A-9-7

18

ENTERED ON CM  5/2/06

SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| PARVIZ KARIM PANAHI, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 06-00892 GAF (AJWx) |
| v. | |
| JOHN W. WARNER, Chairman Senate Armed Services Committee, et al. | ORDER TO REASSIGN _Motion Due to_ SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Parvis Karim Panahi's argument for disqualification of Judge Gary A. Feess and Magistrate Judge Andrew J. Wistrich is that they were named defendants in plaintiff's prior lawsuits, one of which is Karim Panahi v. Congress, et al, CV 03-00804 EHC (MCx). Judge Lew was also a named defendant in this prior case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

May 9, 2006
Date

United States District Judge

---

### NOTICE TO COUNSEL FROM CLERK

The Motion has been reassigned to Judge ___Consuelo B. Marshall___. On all documents subsequently filed in this case, please substitute the initials ___NA___ after the case number in place of the initials of the prior Judge so that the case number will read: ___NA___.

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

Subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

(19)

CV-52 (07/05)     ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

A-9-18                              ENTERED ON CM 5/9/06

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 8 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ KARIM PANAHI | CASE NUMBER |
| PLAINTIFF(S) | CV 06-0892 GAF (AJWx) |
| v. | |
| JOHN W. WARNER, Chairman Senate Armed Services Committee, et al., | ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224 |
| DEFENDANT(S) | |

The undersigned Judge, to whom the above-entitled ~~case~~ MOTION was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

Plaintiff's argument for disqualification of Judge Gary A Feess and Magistrate Judge Andrew J. Wistrich is that they were named defendants in Plaintiff's prior lawsuits, one of which is Karim-Panahi v. Congress, et al., CV 03-0804 EHC (MCx). Judge Marshall was also a named defendant in this prior case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:

☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

| | |
|---|---|
| May 17, 2006 | |
| Date | United States District Judge |

## NOTICE TO COUNSEL FROM CLERK

This ~~Motion~~ has been reassigned to Judge *CHRISTINA A. SNYDER*

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the   ☑ Western   ☐ Southern   ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.**

CV-52 (07/05)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

A-9-19

ENTERED ON CM 5/18/06

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIZ KARIM PANAHI, | **CASE NUMBER** |
| PLAINTIFF(S) | CV06-892-GAF(AJWx) |
| v. | |
| JOHN W. WARNER, ETC.; ET AL., | **ORDER TO REASSIGN** MOTION **DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224** |
| DEFENDANT(S). | |

The undersigned Judge, to whom the above-entitled motion was assigned, is hereby of the opinion that he or she should not preside over said motion, by reason of *(please use additional sheets if necessary)*:

Parvis Karim Panahi's argument for disqualification of Judge Gary A. Feess and Magistrate Judge Andrew I. Wistrich is that they were named defendants in plaintiffs prior lawsuits, one of which is Karim Panahi v. Congress, et al., CV03-804-EHC(Mcx). Judge Snyder was also a named defendant in this prior case.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
☒ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

May 19, 2006
Date

_Christine A. Snyder_
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This motion has been reassigned to Judge _EDWARD RAFEEDIE_. On all documents subsequently filed in this case, please substitute the initials _____NA_____ after the case number in place of the initials of the prior Judge so that the case number will read: _____NA_____

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.

**Subsequent documents must be filed at the** ☒ **Western** ☐ **Southern** ☐ **Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-52 (07/05)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

A-9-/10

ENTERED ON CM 5/22/06

SEND

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 4 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

PARVIZ KARIM PANAHI,

                    PLAINTIFF(S),

        v.

JOHN W. WARNER, ETC., ET AL.,

                    DEFENDANT(S).

CASE NUMBER

CV- 06-892  ΣGAF (AJWx)

                    MOTION
ORDER RETURNING CASE
FOR REASSIGNMENT

                                                        Motion
IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED:  MAY 2 3 2006

_____
United States District Judge

---

<u>NOTICE TO COUNSEL FROM CLERK</u>:

The motion has been reassigned to Judge____A. Howard Matz_____ for all further proceedings.

This is very important because documents are routed to the assigned judge by means of the initials.

23

# United States Court of Appeals

### District of Columbia Circuit
### Washington, D.C. 20001-2866

Mark J. Langer
Clerk

February 19, 2004

(202) 216-7300

No.  03-5186

Parviz Karim-Panahi,
               Appellant

     v.

U.S. Congress, et al.,
               Appellees

Dear Mr. Karim-Panahi:

     Pursuant to Chapter 13 Title 28, United States Code, the Chief Judge of the United States Court of Appeals for the District of Columbia Circuit certified the need for the assignment of three United States judges from another circuit to serve as a panel in the case referenced above.  Attached for your information are copies of the Designation and Assignment documents.

                                   Sincerely,
                                   Mark J. Langer, Clerk

                    By:  *Linda Jones*
                                   Linda Jones
                                   Deputy Clerk

Enclosure

A-10-a

E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE ● 333 CONSTITUTION AVENUE N.W.

## DESIGNATION AND ASSIGNMENT
## OF A UNITED STATES CIRCUIT JUDGE
## TO ACT AS CIRCUIT JUDGE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit having certified that there is a necessity for the designation and assignment of a judge from another circuit to act as circuit judge in the United States Court of Appeals for the District of Columbia Circuit, and the Chief Judge of the United States Court of Appeals for the Federal Circuit having consented to the designation and assignment of the

### HONORABLE PAUL R. MICHEL

a Judge of the United States Court of Appeals for the Federal Circuit to act as circuit judge in the United States Court of Appeals for the District of Columbia Circuit, in Karim-Panahi v. Congress, 03-5186;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 291(a), I do hereby designate and assign the Honorable Paul R. Michel to act as circuit judge in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

Washington, D.C. 2-6-04

A-10-1-1-

CHIEF JUSTICE OF THE UNITED STATES

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____

Chief Deputy

# INTERCIRCUIT ASSIGNMENT OF A UNITED STATES JUDGE
## CERTIFICATE OF NECESSITY
(Revised October 1997)

Pursuant to 28 U.S.C. § 291(a), 292(d) or (e), 293(a), or 294(d), and the Guidelines for the Intercircuit Assignment of Article III Judges (approved by the Chief Justice Oct. 21, 1997), I certify that a need exists for the designation and assignment of a United States judge from another circuit (or special court) to perform judicial duties in the following court:

United States Court of Appeals for the District of Columbia Circuit

Name and Title of Judge to be assigned:

HONORABLE PAUL R. MICHEL, Federal Circuit, Washington, DC

Period of assignment:

from _____ assignment _____ through _____ termination _____

OR

Specific case(s):   03-5186, Karim-Panahi v. Congress

This requested assignment is for the period or purpose stated, and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

_____
Chief Judge

_____
District of Columbia
Circuit (or special court)

Date: __October 16, 2003__
       __January 19, 2004__
Please mail the signed original form to:

Honorable James C. Cacheris
United States District Court
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

If time is pressing, please transmit an advance copy by facsimile to: (703) 299-2249.

A-10-1-2-

**DESIGNATION AND ASSIGNMENT OF THE CHIEF JUDGE
OF THE UNITED STATES COURT OF INTERNATIONAL TRADE
TO PERFORM JUDICIAL DUTIES IN ANOTHER COURT**

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit having certified that there is a necessity for the designation and assignment of a judge from another court to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit, and the

**HONORABLE JANE A. RESTANI**

Chief Judge of the United States Court of International Trade having consented to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit, in Karim-Panahi v. Congress, 03-5186;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 293(a), I do hereby designate and assign the Honorable Jane A. Restani to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. 2-6-04

A-11-1-1-

A True Copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy

# INTERCIRCUIT ASSIGNMENT OF A UNITED STATES JUDGE
## CERTIFICATE OF NECESSITY
### (Revised October 1997)

Pursuant to 28 U.S.C. § 291(a), 292(d) or (e), 293(a), or 294(d), and the Guidelines for the Intercircuit Assignment of Article III Judges (approved by the Chief Justice Oct. 21, 1997), I certify that a need exists for the designation and assignment of a United States judge from another circuit (or special court) to perform judicial duties in the following court:

United States Court of Appeals for the District of Columbia Circuit

Name and Title of Judge to be assigned:

HONORABLE JANE A. RESTANI, Chief Judge

Court of International Trade, New York, NY

Period of assignment:

from ___assignment___ through ___termination___

OR

Specific case(s):   03-5186, Karim-Panahi v. Congress

This requested assignment is for the period or purpose stated, and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

_____
Chief Judge

_____
District of Columbia
Circuit (or special court)

Date: October 16, 2003
January 19, 2004

Please mail the signed original form to:

Honorable James C. Cacheris
United States District Court
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA  22314-5799

If time is pressing, please transmit an advance copy by facsimile to: (703) 299-2249.

A-11- 1-2-

## DESIGNATION AND ASSIGNMENT
## OF A SENIOR UNITED STATES DISTRICT JUDGE
## TO PERFORM JUDICIAL DUTIES IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit having certified that there is a necessity for the designation and assignment of a judge from another circuit to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit, and the

## HONORABLE JOHN F. KEENAN

a Senior United States District Judge for the United States District Court for the Southern District of New York, in the Second Circuit, having consented to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit, in Karim-Panahi v. Congress, 03-5186;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 294(d), I do hereby designate and assign the Honorable John F. Keenan to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

CHIEF JUSTICE OF THE UNITED STATES

Washington, D.C. 2-6-04

A-12-1-1-

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Chief Deputy

# INTERCIRCUIT ASSIGNMENT OF A UNITED STATES JUDGE
## CERTIFICATE OF NECESSITY
### (Revised October 1997)

Pursuant to 28 U.S.C. § 291(a), 292(d) or (e), 293(a), or 294(d), and the Guidelines for the Intercircuit Assignment of Article III Judges (approved by the Chief Justice Oct. 21, 1997), I certify that a need exists for the designation and assignment of a United States judge from another circuit (or special court) to perform judicial duties in the following court:

_United States Court of Appeals for the District of Columbia Circuit_

Name and Title of Judge to be assigned:

_HONORABLE JOHN F. KEENAN, Southern District of New York_

_New York, NY_

Period of assignment:

from ___assignment___ through ___termination___

**OR**

Specific case(s): ___03-5186, Karim-Panahi v. Congress___

This requested assignment is for the period or purpose stated, and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

_[signature]_

Chief Judge

District of Columbia
Circuit (or special court)

Date: _October 16, 2003_
_January 19, 2004_

Please mail the signed original form to:

    Honorable James C. Cacheris
    United States District Court
    Albert V. Bryan United States Courthouse
    401 Courthouse Square
    Alexandria, VA  22314-5799

If time is pressing, please transmit an advance copy by facsimile to:  (703) 299-2249.

A-/2-/-2-

# United States Court of Appeals

### District of Columbia Circuit
### Washington, D.C.  20001-2866

Mark J. Langer
Clerk

October 17, 2007

General Information
(202) 216-7000

No.    06-5195
Parviz Karim-Panahi,
                    Appellant

    v.

John Warner, Senator, et al.,
                    Appellees

No.    06-5290
Parviz Karim-Panahi,
                    Appellant

    v.

John Warner, Chair, Senate Arm Services, et al.,
                    Appellees

No.    06-7169
Parviz Karim-Panahi,
                    Appellant

    v.

Burgess & Niple, Inc., et al.,
                    Appellees

Dear Mr. Karim-Panahi:

      Pursuant to Title 28, United States Code, the Chief Judge of the United States
Court of Appeals for the District of Columbia Circuit certified the need for the
assignment of three United States judges for another circuit to serve as a panel in the
cases referenced above.   Enclosed for your information are copies of the Designation
and Assignment documents.

                              Sincerely,
                              Mark J. Langer, Clerk

              By:

                              Nancy G. Dunn
                              Deputy Special Counsel

              A-13-

**DESIGNATION AND ASSIGNMENT
OF A CHIEF UNITED STATES CIRCUIT JUDGE
TO ACT AS CIRCUIT JUDGE IN ANOTHER CIRCUIT**

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit having certified that there is a necessity for the designation and assignment of a judge from another circuit to act as circuit judge in the United States Court of Appeals for the District of Columbia Circuit, and the

**HONORABLE DEANELL REECE TACHA**

Chief Judge of the United States Court of Appeals for the Tenth Circuit, having consented to act as a circuit judge in the United States Court of Appeals for the District of Columbia Circuit in 06-5195, 06-5290, 06-7169, 06-5410, 06-5411, 07-5019, and 07-5234;

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 291(a), I do hereby designate and assign the Honorable Deanell Reece Tacha to act as circuit judge in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

John D. Clarty Jr.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____ SEP 2 7 2007

A-14-

## DESIGNATION AND ASSIGNMENT
## OF AN ACTIVE UNITED STATES JUDGE
## FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit in 06-5195, 06-5290, 06-7169, 06-5410, 06-5411, 07-5019, and 07-5234. The Chief Judge of the United States Court of Appeals for the Tenth Circuit has consented to the designation and assignment of the

### HONORABLE MICHAEL W. MCCONNELL

a Judge of the United States Court of Appeals for the Tenth Circuit for such service,

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 291(a), I do hereby designate and assign the Honorable Michael W. McConnell to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

*John G. Roberts, Jr.*

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____ SEP 27 2007 _____

A - 15 -

# DESIGNATION AND ASSIGNMENT
## OF AN ACTIVE UNITED STATES JUDGE
### FOR SERVICE IN ANOTHER CIRCUIT

The Chief Judge of the United States Court of Appeals for the District of Columbia Circuit has certified that there is a necessity for the designation and assignment of a judge from another circuit or another court to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit in 06-5195, 06-5290, 06-7169, 06-5410, 06-5411, 07-5019, and 07-5234. The Chief Judge of the United States Court of Appeals for the Tenth Circuit has consented to the designation and assignment of the

## HONORABLE NEIL M. GORSUCH

a Judge of the United States Court of Appeals for the Tenth Circuit for such service.

NOW, THEREFORE, pursuant to the authority vested in me by Title 28, United States Code, section 291(a), I do hereby designate and assign the Honorable Neil M. Gorsuch to perform judicial duties in the United States Court of Appeals for the District of Columbia Circuit for the period or purpose stated and for such time as needed in advance to prepare and to issue necessary orders, or thereafter as required to complete unfinished business.

**CHIEF JUSTICE OF THE UNITED STATES**

Washington, D.C. _____ SEP 2 7 2007

A-16-

PARVIZ KARIM-PANAHI
~~P.O. BOX 75580, Washington, DC 20013~~
P.O. BOX 241638, Los Angeles, CA 90024
Tel./cellular ☎(818) 264-9486

## PROOF OF SERVICE:

PARVIZ KARIM-PANAHI,
                    Plaintiff(s),
        -vs.-
CONGRESS OF USA, Judges, et al.
                    Defendants.

Before the:
United States District Court for the
Central District of California in Los Angeles

## Case No.: <u>CV-03-0804-</u>

I, the undersigned, certify and declare that I am over the age of 18 years, that

On _____ *O2* _____ , 2007, I served a true copy of:

## NOTICE OF MOTION and MOTION TO REOPEN the Case,
## Set-Aside ODER of DISMISSAL; and For:
## Prosecution & IMPEACHMENT of *[Jewish]* Judge Earl H. CARROLL,…….

By personally delivering / ~~mailing~~* / ~~Faxing~~** it to the persons Listed below:

✳  **U.S. Department of JUSTICE**
**Office of U.S. Attorney General**
**10 & Constitution Avenues, N.W.**
**Washington, DC 20530**
Email: USACAC.Civil@usdoj.gov

→  **Thomas P. OBRIEN/ Debra Wong YANG,**
United States Attorney
**Leon W WEIDMAN , Robert I LESTER,**
300 N Los Angeles St, Ste ~~7516~~ *43.54*
Los Angeles, CA 90012
Tel.: 213-894-2464/  Fax: -7819

### ( SEE ATTACHED LIST)

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature.

## ACKNOWLEDGEMENT OF SERVICE/ RECEIPT:

I *Genoveva Ortega* .acknowledge receiving a true copy of the within document.

On _____ 11/2 _____ , 2007.

_____
Signature,

For:  *US Attorney*

# DEPARTMENT OF JUSTICE
## Civil Service of Process Information Sheet
300 South Spring Street, Los Angeles, CA  90013
(213) 897-2000

SERVICE OF PROCESS DISCLAIMER:

TO ALL PERSONS ATTEMPTING SERVICE OF PROCESS UPON THE OFFICE OF THE ATTORNEY GENERAL:

PLEASE BE ADVISED THAT STAFF ASSIGNED TO RECEIVE DOCUMENTS DELIVERED TO THE ATTORNEY GENERAL'S OFFICE ARE NOT AUTHORIZED TO ACCEPT SUCH DOCUMENTS AS PROPERLY SERVED.  FURTHER, STAFF ARE NOT AUTHORIZED TO RECEIVE DOCUMENTS ON BEHALF OF ANY INDIVIDUAL. IN RECEIVING DOCUMENTS DELIVERED BY PROCESS SERVERS AND OTHER MEMBERS OF THE PUBLIC, OFFICE PERSONNEL DO NOT THEREBY WAIVE ANY RIGHT OF THE STATE OF CALIFORNIA, THE ATTORNEY GENERAL'S OFFICE, ANY OTHER ENTITY OF THE STATE OF CALIFORNIA, OR ANY INDIVIDUAL TO OBJECT TO THE VALIDITY OF THE SERVICE.

**State of California**

Department of Justice
Office of the Attorney General
Torts & Condemnation Section
300 South Spring Street, Suite 1702
Los Angeles, CA 90013



**Yolanda Sagarminaga**
Lead Senior Legal Analyst
yolanda.sagarminaga@doj.ca.gov

(213) 620-6016
CALNET 640-6016
Fax (213) 897-2810



RECEIVED

STATE OF
CALIFORNIA
DEPARTMENT OF
JUSTICE
LOS ANGELES
DATE: 11/1/07   1:15

OFFICE OF THE ATTORNEY GENERAL

**PARVIZ KARIM-PANAHI**
P.O. BOX 75580, Washington, DC 20013
P.O. BOX 241638, Los Angeles, CA 90024
Tel./cellular ☏818) 264-9486

## PROOF OF SERVICE:

| | |
|---|---|
| **PARVIZ KARIM-PANAHI,** | Before the: |
| Plaintiff(s), | United States District Court for the |
| -vs.- | Central District of California in Los Angeles |
| **CONGRESS OF USA, Judges, et al.** | |
| Defendants. | **Case No.: <u>CV-03-0804-</u>** |

I, the undersigned, certify and declare that I am over the age of 18 years, that

On __11/2/07__ , 2007, I served a true copy of:

## NOTICE OF MOTION and MOTION TO REOPEN the Case, Set-Aside ODER of DISMISSAL; and For:
## Prosecution & IMPEACHMENT of *[Jewish]* Judge Earl H. CARROLL,.......

By personally  delivering / mailing* / Faxing** it to the persons Listed below:

| | |
|---|---|
| **U.S. Department of JUSTICE** | **Thomas P. OBRIEN/ Debra Wong YANG,** |
| **Office of U.S. Attorney General** | United States Attorney |
| **10 & Constitution Avenues, N.W.** | **Leon W WEIDMAN , Robert I LESTER,** |
| **Washington, DC 20530** | 300 N Los Angeles St, Ste 7516 |
| Email: USACAC.Civil@usdoj.gov | Los Angeles, CA 90012 |
| | Tel.: 213-894-2464/  Fax: -7819 |

### ( SEE ATTACHED LIST)

I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature.

## ACKNOWLEDGEMENT OF SERVICE/ RECEIPT:

I, *Lisa Martinez* , acknowledge receiving a true copy of the within document.

On __11/2/07__ , 2007.

*Xiua Niark*   Secretary
**Signature,**
~~For:~~ S. Paul Bruguera

پرویز کریم‌پناهی

**PARVIZ KARIM-PANAHI**
*(B.Sc., M.Sc., C.E. (Eq.Dr.Eng.),  LREB, PE & RCE )*
~~P.O. BOX 75680, WASHINGTON, D.C. 20013~~
P.O. BOX 241638, LOS ANGELES, CA 90024
Tel./cellular: ( 818 ) 264-9486
*in pro-se*

BOARD OF SUPERVISORS
COUNTY OF LOS ANGELES
2007 NOV -2   PM 2: 48
FILED

# UNITED STATES DISTRICT COURT
## Central District of California, Los Angeles
### 312 North Spring Street, Los Angeles, CA 90012

**PARVIZ KARIM-PANAHI,**
(on  behalf of under age child, destroyed family,.),
                                   **Plaintiff(s),**

-Vs.-

**GROUP -I-:**
**CONGRESS of United States of America,**
**(SENATE and  HOUSE OF**
**REPRESENTATIVES,  80-to-107th);**

**GROUP -II-:**
**JUDICIARY/JUDGES/ ATTORNEYS;**
**[Jewish] Judges:**
  -Earl H. CARROLL, *(from Arizona)*
  -Christina A. SNYDER,
  -Mariana R. PFAELZER,
  -Mary M. SCHERODER,
*(9th Circuit Chief & other named Judge),*
  -U.S. [Jewish] Attorneys, ...........


**GROUP -III-:**
**GOVERNMENT OF USA;**

**GROUP -IV-:**
**STATE of CALIFORNIA, Governors;**

**GROUP -V-:**
**Southern California COUNTIES;**
                                   (Continued),

**Case No.: <u>CV-03-0804-</u>**
*(Self-Recused by: ABC/ SVW/ RGK/ AP)*

*(REMOVED from California State Superior*
*Court Los Angeles County No.: <u>BC287976</u>)*

**NOTICE OF MOTION  and**
**MOTION TO REOPEN the Case,**
**Set-Aside ODER of DISMISSAL;**
**and For:**
**Prosecution & IMPEACHMENT**
**of  party-Defendant U.S. District**
***[Jewish]* Judge Earl H. CARROLL**
**and collaborating judges.**
**For:**
**FRAUD UPON THE COURT,**
**Intentional Disregard-Violation of**
**U.S. Constitution, Laws/ Statutes,**
**....JUDICIAL-GANG RAPES,......**


<u>*Hearing:*</u>

**Date:** _____
              *(To Be Set by the Court)*
**Time:** _____
              *(To Be Set by the Court)*
**Place:** <u>Courtroom #</u>
              *(To Be Set by the Court)*

---

*NOTICE of Motion To REOPEN Case No.: CV-03-0804,* Parviz Karim-Panahi –v– Congress, Judges, et al.

PARVIZ KARIM-PANAHI
~~P.O. BOX 75580, Washington, DC 20013~~
P.O. BOX 241638, Los Angeles, CA 90024
Tel./cellular ☎818) 264-9486

## PROOF OF SERVICE:

PARVIZ KARIM-PANAHI,
                              Plaintiff(s),
          -vs.-
CONGRESS OF USA, Judges, et
al.
                              Defendants.

Before the:
United States District Court for the
Central District of California in Los Angeles

Case No.: <u>CV-03-0804-</u>

---

I, the undersigned, certify and declare that I am over the age of 18 years, that

On  *Nov. 02*  , 2007, I served a true copy of:

## NOTICE OF MOTION and MOTION TO REOPEN the Case,
## Set-Aside ODER of DISMISSAL; and For:
## Prosecution & IMPEACHMENT of *[Jewish]* Judge Earl H. CARROLL,.......

By personally  delivering / ~~mailing*~~ / ~~Faxing**~~ it to the persons Listed below:

U.S. Department of JUSTICE
Office of U.S. Attorney General
10 & Constitution Avenues, N.W.
Washington, DC 20530
Email: USACAC.Civil@usdoj.gov

Thomas P. OBRIEN/ Debra Wong YANG,
United States Attorney
Leon W WEIDMAN , Robert I LESTER,
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012
Tel.: 213-894-2464/  Fax:  -7819

### ( SEE ATTACHED LIST)

I declare under penalty of perjury that the foregoing is true and correct.

Signature.

---

## ACKNOWLEDGEMENT OF SERVICE/ RECEIPT:

I,  *JL Bur quist*  , acknowledge receiving a true copy of the within document.
On   *NOV 2*   , 2007.

Signature,

For:  *City of LA*

THE WALL STREET JOURNAL.   *Thursday, November 15, 2007*   **A25**

# OPINION

# Justice for Sale

**By Sandra Day O'Connor**



Barbara Kelley

LODGED

2007 NOV -2 AM 10: 35

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

FILED
CLERK, U.S. DISTRICT COURT

NOV - 8 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ~~UNITED STATES~~ DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Parviz Karim-Panahi | CASE NUMBER |
| | CV03-804-EHC-MCx |
| PLAINTIFF(S) | |
| v. | |
| Congress of United States of America, et al. | **NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT** |
| DEFENDANT(S). | |

Parviz Karim-Panahi _____, plaintiff, attempted to file a pleading in the above-referenced matter. Attached for your review is a copy of:

☐ Complaint / Petition
☒ Other  Notice of Motion and Motion to Reopen the case; Set-Aside Order of Dismissal; Porsecution and Impeachment of EHC

According to court records, plaintiff has been identified as a vexatious litigant who is not permitted to file any pleading without the following:

☐ Bond in the amount of $_____ must be posted with the filing af any new action.
☐ No petition for writ of habeas corpus is to be filed without payment of filing fee and/or written authorization from a U.S. district judge or magistrate judge.
☐ Court order is needed to file a new action.
☐ Court order is needed to file subsequent pleadings.
☒ Written authorization from the Chief Judge is required before filing of any document.
☐ No filings are to be accepted in this case by plaintiff or anyone on his or her behalf.
☐ Other _____

=========================================================================================

IT IS HEREBY ORDERED that plaintiff

☐ may
☒ may not

file the document presented in the above-referenced matter.

NOV - 6 2007
Date

**CHIEF** United States District Judge / ~~Magistrate Judge~~
**ALICEMARIE H. STOTLER**

---

NOTICE AND ORDER RE FILING BY VEXATIOUS LITIGANT

CV-115 (5/99)

*Service List For:*
*Parviz Karim-Panahi -v.- U.S. Congress, et al.*
*Case No.: CV-03-0804*

## For: FEDERAL DEFENDANTS:

**Thomas P. OBRIEN/ Debra Wong YANG**
United States Attorney
**Leon W Weidman**, AUSA
**Robert I Lester**, AUSA
Office of US Attorney ,Civil Division
300 N Los Angeles St, Ste 7516
Los Angeles, CA 90012
Tel.: (213)-894-2464/ Fax: -7819
Email: USACAC.Civil@usdoj.gov

## For: CALIFORNIA STATE DEFENDANTS:

**Edmond G. BROWN/ Bill LOCKYER**
Attorney General
**Richard J. JOJO,** Dpty AG
**S. Pool BRUGUERA,** Dpty AG
300 S. SPRING St., 700 N
Los Angeles, CA 90013

## For: LOS ANGELES COUNTY DEFENDANTS:

**Raymond G. FORTNER/**
**Lloyd W. PELLMAN**
County Counsel:
County Hall of Administration
Room 648,
500 West TEMPLE Street
Los Angeles, CA 90012
Tel: (213):974-1811
Fax: (213) 687-7337

Gutierrez Preciado & House , LLP
**Nohemi Gutierrez Ferguson**
**Christopher D Grigg, Ann WU, Attorneys**
251 S Lake Ave, Ste 520
Pasadena, CA 91101-3003
Tel.: (626)-449-2300 / Fax: -2330

## For: CITY OF LOS ANGELES DEFENDANTS:

**Rochard J. DELGADILLO**
CITY ATTORNEY
**Gary G. GEUSS,** Ast.Cty.Atty.
**Janis Levart BARQUIST**, Ast.Cty.Atty.
Los Angeles City Attorney's Office
200 N Main St, 1700 City Hall E
Los Angeles, CA 90012-4131
Tel.: (213)-485-4511/ Fax: - 8898

## For:
## Landlord, (Jack Walchi), Defendants:

**Law Offices:**
**Debra R Brand / Joseph G McCarty**
private Attorneys
11024 Balboa Blvd, Ste 304
Granada Hills, CA 91344
Tel.: (818)-832-1299/ Fax:

**Debra R Brand**
Yaspan and Thau
21700 Oxnard Street, Suite 1750
Woodland Hills, CA 91367
818-774-9929
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*