**FILED**

## UNITED STATES COURT OF APPEALS

### FOR THE NINTH CIRCUIT

JAN 11 2008

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| In re: PARVIZ KARIM-PANAHI, | No. 99-80124 |
|---|---|
| | DC# CV-03-00804-EHC Central California |
| | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUT

Before: O'SCANNLAIN, SILVERMAN and GRABER, Circuit Judges.

This court has reviewed the notice of appeal and accompanying documents filed November 26, 2007 in the above-referenced district court docket pursuant to the pre-filing review order entered in this docket. Because the appeal is so insubstantial as to not warrant further review, it shall not be permitted to proceed. *See In re Thomas*, 2007 WL 4198226 (9th Cir. Nov. 29, 2007).

A certified copy of this order served on the district court for the Central District of California shall constitute the mandate of this court.

No motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions shall be filed or entertained in this closed docket.

PROSE

A TRUE COPY 1/11/08
ATTEST
CATHY A. CATTERSON
Clerk of Court
by: _____ Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
99-80124 In Re: Karim-Panahi v.

In re: PARVIZ KARIM-PANAHI        Parviz Karim-Panahi
   In re:                         818/264-9486
                                   [NTC prs]
                                   P.O. Box 75580
                                   Washington, DC 20013